FILED

JOEL D. SIEGEL (State Bar No. 155581)
Email: joel.siegel@snrdenton.com
PAUL M. KAKUSKE (State Bar No. 190911)
Email: paul.kakuske@snrdenton.com
SNR Denton US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

11 DEC 12 AM II: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

EDWARD PATRICK SWAN, JR. (State Bar No. 89429)
Email: pswan@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone: (619) 699-2415
Facsimile: (619) 645-5321

Attorneys for Defendant
FIRST AMERICAN HOME
BUYERS PROTECTION
CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NANCY CARRERA, on behalf of
herself and all others similarly
situated,

              Plaintiff,

v.

FIRST AMERICAN HOME
BUYERS PROTECTION
COMPANY, a California
Corporation, and DOES 1-20,

              Defendants.

CV11 - 10242 GHK (CWx)

Class Action

[Los Angeles County Superior Court
Case No. BC 422388]

EXHIBIT A TO DEFENDANT
FIRST AMERICAN
HOMEBUYERS PROTECTION
CORPORATION'S NOTICE OF
REMOVAL UNDER CAFA, 28
U.S.C. § 1332, 28 U.S.C. § 1441,
AND 28 U.S.C. § 1453

(1 OF 8)



SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Removal

# EXHIBIT A

00/00/2009  14:10:43 FAX 2136259111          NATIONWIDE LEGAL                                    2

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** FIRST AMERICAN HOME BUYERS PROTECTION
*(AVISO AL DEMANDADO):* COMPANY, a California Corporation,
and DOES 1-20

COPY
FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

SUM-100

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 23 2009

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
A.E. LaFLEUR-CLAYTON

By FAX

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NANCY CARRERA, on behalf of herself and all others
similarly situated

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES - CENTRAL DISTRICT
111 N. HILL STREET
LOS ANGELES, CA 90012

**CASE NUMBER:** BC 4 2 2 3 8 8

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOUGLAS J. BROWN, ESQ.                                    (619) 241-4810
CHAPIN WHEELER LLP
550 WEST C STREET, STE. 2000
SAN DIEGO, CA 92101

DATE: _____ JOHN A CLARKE, CLERK   Clerk, by _____, Deputy
*(Fecha)*                     *(Secretario)*   AMBER LaFLEUR-CLAYTON  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

SEP 23 2009

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* First American Home Buyers Protection Company, a California Corporation

   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions® Plus

Code of Civil Procedure §§ 412.20, 465

**Exhibit A**
**Page 9**



**Registered Agent Solutions, inc.**
*Corporate Mailing Address*
515 Congress Avenue
Suite 2300
Austin, TX 78701

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

9/25/2009

Carla Roupe
**First American Home Buyers Protection Corporation of**
7833 Haskell Avenue
Van Nuys, CA 91406

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call (888) 705-7274.

**RE**:   **First American Home Buyers Protection Corporation of California**

This receipt is to inform you that Registered Agent Solutions, inc., has received a Service of Process on behalf of the above-referenced entity.  As your Registered Agent, our office received the attached document(s) and hereby are forwarding the attached document(s) to you for your immediate review.  A summary of relevant information related to this particular Service of Process has been obtained and is shown below, however it is important that you review the attached document(s) in their entirety for complete and detailed information.

**SERVICE INFORMATION**

| | |
|---|---|
| Service Date: | 9/25/2009 |
| Service Time: | 10:36 AM |
| Service Method: | Process Server |

**RASi REFERENCE INFORMATION**

| | |
|---|---|
| Service No.: | 0004821 |
| RASi Office: | California |
| Rec. Int. Id.: | LLG |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | BC422388 |
| File Date: | 09/23/2009 |
| Jurisdiction: | Superior Court of the State of California, For the County of Los Angeles |
| Case Title: | Nancy Carrera v. First American Home Buyers Protection Corporation of California |

**ANSWER / APPEARANCE INFORMATION**

30 days   *(Be sure to review the document(s) for any and/or all relevant dates)*

**AGENCY / PLAINTIFF INFORMATION**

| | |
|---|---|
| Firm/Issuing Agent: | Chapin Wheeler LLP |
| Attorney/Contact: | Edward D. Chapin |
| Location: | California |
| Telephone No.: | 619-241-4810 |

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Notice: Notice of Case Assignment -Unlimited Civil Case
OtherDetail: Civil Case Cover Sheet

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service or Process per your default account instructions.  RASi offers several methods of notification including Telephone Notification, Email Notification, Web Account Information, and FedEx/US Postal Delivery.  If you would like to update your account's default notification methods or to view Service or Process information, you may do so by logging into your account at www.rasi.com.

*Thank you for your continued business!*

**Exhibit A**
**Page 10**

00/00/2009  16:10:43 FAX 2136259        NATIONWIDE LEGAL                                        1

**COPY**
CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 23 2009

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
A.E. LaFLEUR-CLAYTON

CHAPIN WHEELER LLP
   Edward D. Chapin, Esq. (SBN: 053287)
   Jill M. Sullivan, Esq. (SBN: 185757)
   Douglas J. Brown, Esq. (SBN: 248673)
550 West "C" Street, Suite 2000
San Diego, California 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

Attorneys for Plaintiff NANCY CARRERA,
on behalf of herself and all others similarly situated

**By FAX**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

**B C 4 2 2 3 8 8**

| | |
|---|---|
| NANCY CARRERA, on behalf of herself and all others similarly situated, | ) ) ) CASE NO. |
| Plaintiff, | ) ) ) **CLASS ACTION COMPLAINT FOR:** |
| v. | ) ) **(1) BREACH OF CONTRACT;** |
| FIRST AMERICAN HOME BUYERS PROTECTION COMPANY, a California Corporation, and DOES 1-20, | ) ) ) **(2) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING;** |
| Defendants. | ) ) **(3) VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT;** |
| | ) ) **(4) VIOLATION OF BUS. & PROF. CODE § 17200** |
| | ) ) **(JURY TRIAL DEMANDED)** |

## NATURE OF THE ACTION

1.      This action is brought as a class action on behalf of a nationwide plaintiff class (the "Class") consisting of all persons and entities who made a claim under a home warranty plan obtained from Defendant First American Home Buyers Protection Corporation ("First American") during the period from approximately September 22, 2003 through the present (the "Class Period").

/////

-1-

CLASS ACTION COMPLAINT

2.     First American is engaged in the business of selling home warranty plans in California and throughout the United States.  First American advertises that it provides its customers with "relief from the hassle and expense of household systems and appliance breakdowns."  First American further explains, "In most cases, all you pay is a $55 trade service fee for the repair.  If we can't repair it, we'll replace it.  Imagine . . . a new air conditioner for $55."

3.     In truth, a home warranty from First American rarely provides the homeowner with "relief from hassle" and even more rarely with a new air conditioner for $55.  Indeed, the Internet is littered with consumer complaints like the following:

> "Nightmare!!!  That's the only way to describe our experience with First American home warranty and their so called 'protection plan". . . . We were WITHOUT a/c in 110+ degree weather, their 'emergency dispatch' found a contractor that could come out in 5 days (are you serious). . . . Do yourself a favor, If you are thinking about using them, DON'T!!! . . . If you have time to be on the phone for hours and hours, talk with countless people who are there to spin you on the merry go round of frustration, and don't care if your home is worked on by quality craftsmen, go ahead.  It would be a great gift to give your worst enemy!!!" (**Exhibit A**).

> "terrible customer service.  they claim all repairs are due to 'improper installation'.  Were they there when the home was built?  never do business with them." (**Exhibit A**).

> "Always, always an excuse that this or that is not covered." (**Exhibit A**).

> "First American Home Warranty let my family sit in a dark and potentially dangerous house for nearly two weeks while the sat on their hands doing nothing but making up excuses.  After two weeks and two visits by their technician they have denied the claim." (**Exhibit A**).

> "I am a Realtor.  Always recommended First American to my clients.  Purchased a home in March 2008.  That's when the PROBLEMS and HEADACHES really started.  This company is using F rated contractors (see BBB) and jeopardizing everything from home to health.  DON'T USE THIS COMPANY!!!" (**Exhibit A**).

> "All I got were excuses and delays.  I filed three service requests and NONE were 'approved'.  Do not waste your money.  This company is a fraud." (**Exhibit A**).

**Exhibit A
Page 12**

"A First American Buyer's Home Warranty came with our house at no cost to us. Lucky, because it has been worth nothing. Nothing that has gone wrong has been covered." **(Exhibit B)**.

"Add me to the list of those taken by first American. My heat worked for a month, then it stopped. They sent a technician to check on things, and sure enough, it was a pre-existing condition. A policy from First American Home Buyers Protection Corp is anything but home protection. You would be better off to save the money and use it to pay for the repair if something goes wrong. I do not understand how something can work for a month and then be classified as a pre existing condition." **(Exhibit B)**.

"I have been doing plumbing for FA for over 20 years . . . They used to be a great company ... What I am seeing now is FA gives most of the work to the cheapest contractors first, these cheap contractors keep their '"cheap status' by lying to the customers and claiming 'improper installation' 'not normal wear and tear' so they bill out a small service call to FA and then charge the customer retail for the repair . . . These contractors blatantly lie, the customers complain, some of its contractors complain and FA does nothing about it." **(Exhibit B)**.

4.      As discussed below, First American employs third-party contractors, some of which are not even licensed, to service its customers' home warranty claims. First American pays these contractors well below the market rate for their services. Further, First American ranks its contractors based on their average cost per invoice. The contractors with the lowest average cost per invoice get the most work from First American. As a result, the only way First American's contractors can get any work or make any money is to keep their costs to an absolute minimum. First American's contractors do so by, among other things: (1) causing First American to deny (in whole or part) legitimate homeowner warranty claims; (2) refusing to work on expensive jobs; and (3) performing cheap band-aid fixes rather than necessary but expensive repairs or replacements. In addition, First American instructs its contactors that they can make up the difference between the market rate and what First American pays them by essentially gouging customers for non-covered work. Moreover, First American trains its own employees to: (1) deny legitimate homeowner warranty claims; (2) refuse to authorize necessary repairs and replacements; and (3) delay things for so long that the customer eventually gives up and pays out of his/her own pocket to have a reputable

-3-

**Exhibit A**
**Page 13**

contractor fix the problem.  As a result of these practices, First American's customers are deprived of the benefits of their home warranty contracts.  Of course, First American does not disclose any of these facts to its customers before they enter into their home warranty contracts.

5.      By this action, Plaintiff seeks an injunction on behalf of the Class requiring First American to adopt and implement reasonable standards for the prompt investigation and processing of claims arising under the home warranty plans sold by First American to Plaintiff and the Class, to re-adjust claims that were submitted by Class members during the Class Period, and to refrain from continuing to engage in the unlawful business practices described herein.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over all causes of action asserted herein under the California Constitution, Article VI, § 10, because this case is a cause not given by statute to other trial courts.  This action is not removable to federal court.  The amount in controversy as to Plaintiff does not exceed $75,000, exclusive of interest and costs.  Moreover, Plaintiff seeks only declaratory and injunctive relief on behalf of the Class.

7.      This Court retains general jurisdiction over each named defendant who is a resident of California.  Additionally, this Court has specific jurisdiction over each named non-resident defendant because these defendants maintain sufficient minimum contacts with California to render jurisdiction by this Court permissible under the traditional notions of fair play and substantial justice. First American is a California corporation and its principal place of business is located in California. Moreover, all Defendants' conduct was purposefully directed at California.  Finally, exercising jurisdiction over any non-resident defendants is reasonable under these circumstances.

8.      Venue is proper in this Court because First American's principal place of business is located in Los Angeles County, a substantial portion of the transactions and wrongs complained of herein occurred in Los Angeles County, and Defendants have received substantial compensation in Los Angeles County by doing business here and engaging in numerous activities that had an effect in Los Angeles County.

/ / / / /

/ / / / /

-4-
CLASS ACTION COMPLAINT

## PARTIES

9.     Plaintiff Nancy Carrera, a Virginia citizen, is a holder of a home warranty plan issued by First American during the Class Period.  A copy of this plan is attached to this complaint as **Exhibit C** and is incorporated herein by reference.

10.     First American is a California corporation with its principal place of business at 7833 Haskell Avenue, Van Nuys, California 91406.  First American also maintains a consumer sales office in Santa Rosa, California and a call center in North Hills, California.  According to the most recent examination conducted by the California Department of Insurance:

> As of December 31, 2007, the Company was licensed to transact home protection business in all states and the District of Columbia. In 2007, the Company wrote $170 million of direct premiums.  Of the direct premiums written $59.6 million (35%) was written in California, $35.8 million (21.1%) was written in Texas, $12.8 million (7.5%) was written in Arizona and $61.8 million (36.4%) was written in the remaining states.  The Company is a direct writer and during 2007 wrote approximately 412,000 home warranty contracts.

11.     Various other individuals, partnerships, corporations, and other business entities, unknown to the Plaintiff, have participated in the violations alleged herein and have performed acts and made statements in furtherance thereof.

12.     The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants named in this action as DOES 1-20, inclusive, are unknown to Plaintiff, which therefore sues these defendants by such fictitious names.  Plaintiff will amend this Complaint to show their true name(s) and capacities when they have been ascertained.  Plaintiff is informed and believes, and on that basis alleges, that each of these fictitiously-named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by conduct of these fictitiously-named defendants.

13.     Plaintiff is informed and believes, and on that basis alleges, that at all relevant times herein mentioned, each of these parties was the agent, principal, representative, and/or employee of each of the other defendants, and in doing the things mentioned herein, was acting within the scope of said agency, representation, and/or employment with permission of each co-defendant.

14.     The acts charged in this Complaint have been done by Defendants or were ordered or done by Defendants' officers, agents, employees, or representatives, while actively engaged in the management of Defendants' affairs.

## CLASS ACTION ALLEGATIONS

15.     Plaintiff brings this action both on behalf of himself and as a class action under California Code of Civil Procedure § 382 on behalf of the following class (the "Class"):

> All persons and entities in the United States who, during the period from approximately March 6, 2003 through the present (the "Class Period"), made a claim under a home-warranty policy issued by Defendant First American Home Buyers Protection Corporation. Excluded from the class are defendants and their parents, subsidiaries, affiliates, all governmental entities, and co-conspirators.

16.     Plaintiff does not know the exact number of class members because such information is in the exclusive control of Defendants.  Upon information and belief, Plaintiff believes that there are hundreds of thousands of class members, geographically dispersed throughout the United States, such that joinder of all class members is impracticable.

17.     Plaintiff's claims are typical of the claims of the Class in that:

    a)     Plaintiff is the holder of a home warranty plan issued by First American;

    b)     Plaintiff made a claim under the home warranty plan during the Class Period;

    c)     Plaintiff and all class members were damaged by the same wrongful conduct of Defendants and their co-conspirators as alleged herein; and

    d)     the relief sought is common to the Class.

18.     Numerous questions of law or fact arise from Defendants' unfair and anticompetitive conduct that are common to the Class.  Among the questions of law or fact common to the Class are:

    (a)     whether First American issued home warranty plans to Plaintiff and the Class;

    (b)     whether Defendants engaged in unfair and/or unlawful business practices during the Class Period;

    (c)     whether Plaintiff and the Class made claims under the home warranty plans during the Class Period;

CLASS ACTION COMPLAINT

Exhibit A
Page 16

(d)     whether Defendants breached the implied covenant of good faith and fair dealing implied in the home warranty contracts;

(e)     whether Defendants committed fraud in connection with the sale of the home warranty contracts;

(f)     Whether Defendants had a duty to disclose and omitted to disclose material facts to Plaintiff and the Class; and

(g)     whether class-wide declaratory and/or injunctive relief is appropriate and, if so, the proper measure of the declaratory and/or injunctive relief.

19.     These questions of law or fact are common to the Class and predominate over any other questions affecting only individual class members.

20.     Plaintiff will fairly and adequately represent the interests of the Class in that:

(a)     Plaintiff is a typical holder of the home warranty plans issued by First American;

(b)     Plaintiff made claims under the plans; and

(c)     Plaintiff has no conflicts with any other member of the Class.

21.     Plaintiff has retained competent counsel experienced in class action litigation.

22.     A class action is superior to the alternatives, if any, for the fair and efficient adjudication of this controversy.

23.     Prosecution of separate actions by individual class members would create the risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

24.     Injunctive relief is appropriate as to the Class as a whole because Defendants have acted or refused to act on grounds generally applicable to the Class.

25.     Plaintiff reserves the right to expand, modify, or alter the class definition in response to information learned during discovery.

/ / / / /

/ / / / /

/ / / / /

CLASS ACTION COMPLAINT

Exhibit A
Page 17

## STATEMENT OF FACTS

**A.     Background**

26.     First American is one of the nation's oldest and leading home warranty companies. The company sells home protection contracts to homeowners that obligate it to repair or replace covered systems and appliances that become inoperable due to normal wear and tear during the term of a contract.  The following are covered by the standard provisions of the contract: plumbing, electrical and heating systems, water heaters, dishwashers, garbage disposals, garage door openers, ovens cooktops, built-in microwave ovens, built-in trash compactors, ceiling and exhaust fans, central vacuum systems, and pest control.  First American also offers optional coverage for an additional charge for air conditioning systems, pool and spa equipment, refrigerators, limited leak roof repair, well pump systems, and one-time septic tank plumbing.  First American has over 475,000 contracts in force and responds each year to nearly one million requests for customer service.

27.     An individual who purchases a home warranty plan from First American and desires to submit a claim must either call (800) 992-3400 or visit the company's website at http://homewarranty.firstam.com/.

28.     After the individual contacts First American, First American contacts a local service technician (e.g. plumber, electrician, etc.) who then contacts the customer to arrange a convenient day and time to diagnose the homeowner's problem. Each home warranty plan (drafted by First American and containing identical language for each member of the Class) uniformly states that there is a "$55 service call fee" that must be paid "when the technician arrives at your home."  The homeowner is required to pay the $55 service fee even if First American decides that the homeowner's claim is not covered under First American's warranty plan.

**B.     First American's Wrongful Denial of Plaintiff's Claims**

29.     In June 2009, during the Class Period, Plaintiff made a claim with First American. Plaintiff called First American to report that the upstairs of her home was not cooling properly.

30.     First American assigned a contractor, who came to Plaintiff's residence and advised her that a new thermostat would help even out the air flow in Plaintiff's home.  First American's

**Exhibit A
Page 18**

1   contractor installed a thermostat and, on the same visit, convinced Plaintiff to purchase a service

2   contract.

3        31.    Approximately one month later, on July 7, 2009, Plaintiff's air conditioning was not

4   functioning properly.  Plaintiff again called First American, who again sent the same contractor to

5   Plaintiff's residence.  First American's contractor this time stated that the problem was a broken tip

6   valve on Plaintiff's outside air conditioning unit, which the contractor replaced.

7        32.    On August 2, 2009, Plaintiff called First American again because her air conditioner

8   again was not functioning.  Plaintiff specifically asked First American's contractor whether the

9   problem could be related to the coil on her inside air conditioning unit.  Without ever checking this

10   coil, the contractor said that nothing was wrong with the inside air conditioning unit, recharged the

11   air conditioning system, and applied a sealant to the system.

12        33.    Plaintiff's air conditioner broke again on August 16, 2009.  Yet again, Plaintiff called

13   First American, who dispatched the same contractor to Plaintiff's residence.  The contractor arrived

14   on August 17, 2009 while Plaintiff was away at work, and this time advised that the problem with

15   Plaintiff's air conditioner was the capacitor, which the contractor replaced.

16        34.    When Plaintiff returned home on August 17, 2009, the temperature in her home was

17   approximately 98 degrees Fahrenheit and there was a pool of refrigerant on the floor near her inside

18   air conditioning unit.  Plaintiff called First American and explained that she would no longer accept

19   service from the same contractor who had four times failed to correctly diagnose her air conditioning

20   system.

21        35.    First American transferred Plaintiff to its Claims Solutions Department and

22   dispatched a different contractor to Plaintiff's residence.  This contractor arrived on August 21,

23   2009, at which time he identified that problem with Plaintiff's air conditioning system was related to

24   the coil on her inside air conditioning unit.

25        36.    Throughout this ordeal, Plaintiff bought two window air conditioning units so as to

26   sufficiently cool areas of her home for sitting and sleeping.  Plaintiff has also paid two service fees

27   of $100.00 each to First American's contractor.  Plaintiff additionally was required to pay $450.00

28   for the disposal of her air conditioner's compressor and evaporator coil.

CLASS ACTION COMPLAINT

**Exhibit A**
**Page 19**

37.     While waiting for a different contractor to service her unit until August 21, 2009, Plaintiff was unable to live in her house due to excessive heat as well as mold and mildew that formed on Plaintiff's flooring due to the coolant leak caused by First American's contractor. To date, First American has not compensated Plaintiff for this damage.

38.     As it turns out, Plaintiff's ordeal with First American was predictable since First American stacks the deck against its customers even before they make a claim

**C.     First American's Unfair Business Practices**

39.     First American does everything it can to deny homeowners the benefits promised by its home warranty plans. The following are just a few of the tactics First American uses to achieve this end:

**1.     First American Uses Unlicensed, Unqualified And Poorly-Paid Third-Party Contractors**

40.     First American does not employ its own contractors to fix homeowners' claims. Instead, it hires third-party contractors under independent contractor service agreements. First American selects its contractors purely on price and does nothing to ensure they are qualified. In some instances, the contractors do not even have the requisite licenses. First American also selects contractors who work primarily for other home warranty companies because these contractors already know how the home warranty game works and are dependent on home warranty companies for their livelihood. As a result, First American negotiates contractor rates well below the retail-market rate which is too low to allow the contractor to properly repair or replace covered items.

**2.     First American Trains Its Contractors To Deny Claims**

41.     Technically, First American's independent contractors do not actually deny homeowner claims. Rather, First American trains its contractors to look for pre-textual reasons First American can use to deny claims in whole or in part. Specifically, when a contractor arrives at a home, the contractor investigates the problem and then calls First American's authorizations department. The contractor provides the authorizer with one or more potential bases on which First American can deny the claim. If the contractor fails to provide the authorizer with grounds for a denial, the authorizer will ask the contractor a series of questions all designed to find a reason to

-10-

CLASS ACTION COMPLAINT

**Exhibit A**
**Page 20**

1    deny the claim in whole or in part.  The most common reasons First American gives for denying

2    claims are improper installation, lack of maintenance, excessive rust or corrosion, wrong-sized unit

3    and pre-existing condition.

4        42.    Denials based on a pre-existing condition are especially improper given that First

5    American agrees to cover the homeowner's systems and appliances without bothering to investigate

6    whether the systems and appliances are actually in good-working order.  Indeed, if a homeowner

7    makes a claim within the first 30 days of the policy, First American presumes that the problem is a

8    pre-existing condition.  Of course, First American has no way of knowing whether that problem

9    actually existed at the time it issued the policy.  Nonetheless, First American issues the policy and

10   accepts the policy premium anyway.  First American does not refund the homeowner the policy

11   premium if it denies the claim because of a supposed pre-existing condition.  First American also

12   does not refund the $55 trade-call fee that the homeowner has to pay in order to find out that his or

13   her claim is not covered.

14       **3.    First American Incentivizes Its Contractors To Deny Claims, Refuse To
         Work On Expensive Jobs And Perform Substandard Repairs**

15

16       43.    First American ranks its contractors based almost exclusively on their average cost

17   per invoice.  The contractors who charge First American the least amount get the most amount of

18   work.  The contractors who charge more than the target average get the least amount of work.  First

19   American's contractors therefore have a financial incentive to keep their average cost per invoice as

20   low as possible.  As such, First American establishes financial incentives that cause its contractors to

21   use at least three improper methods to keep their average costs down:

22       (a)    *First American incentivizes, encourages, and allows its contractors to*

23   *aggressively look for pre-textual reasons that First American can use to deny claims*:  When First

24   American denies a claim, the contractor still gets to keep the $55 trade-call fee and then submits a

25   $0 invoice to First American.  Enough denials significantly lower the contractor's average cost per

26   invoice.  Lower average invoices result in First American awarding more work to such contractors.

27   In other words, First American provides the contractors with a financial incentive to find ways for

28   First American to deny claims.

-11-

**Exhibit A
Page 21**

(b)     *First American incentivizes the contractors to refuse to perform expensive repairs*: If a contractor has to perform an expensive repair, his or her average cost per invoice will skyrocket.  To avoid this undesirable result, First American's contractors routinely claim they are unable to do the job for whatever reason.  The end result is that the homeowner has to wait while First American obtains a second opinion and finds someone who is willing to do the job.  In some cases — say a broken air conditioner in Las Vegas during July — the homeowner cannot wait very long and will often give up and pay someone out of their own pocket to perform the job at retail rates.  Of course, the whole point of purchasing a First American home warranty is supposedly so that the homeowner can obtain "relief from the hassle and expense of household system and appliance breakdowns."

(c)     *First American incentivizes the contractors to perform band-aid fixes rather than perform necessary replacements*: Having to replace a home system or appliance is the fastest way to increase a contractor's average cost per invoice.  Thus, when a system or appliance needs to be replaced, the contractor will normally try to repair it instead, even if that repair might only last a few months or just weeks.  When the repair inevitably fails, the homeowner has to take another day off of work while the contractor tries to repair it again.  In some cases, the homeowner even has to pay the $55 trade-call fee again.  In some cases, it might take eight or nine repairs before First American agrees to replace the system or appliance.  In many cases, the homeowner simply gets fed up and pays someone out of their own pocket to do the replacement.

4.     **First American Encourages Its Contractors To Gouge Customers On Non-Covered Claims**

44.     As mentioned above, First American forces its contractors to accept incredibly low rates for their services.  First American tells the contractors they can make up the difference by essentially gouging customers for non-covered work.  Take, for example, the replacement of a water heater.  At the rates First American pays, the contractor loses money on the job.  Of course the homeowner also wants the contractor to remove and dispose of the old water heater.  Removal of the unit is normally not covered under the policy.  Thus, First American tells the contractor he can charge the homeowner whatever he or she wants for removal/disposal fees.  The homeowner usually

CLASS ACTION COMPLAINT

**Exhibit A
Page 22**

1  pays what the contractor what he or she is asking even if it is significantly more than what a non-

2  home-warranty contractor would charge for doing the same thing.

3      45.    It is even more profitable for the contractor when First American refuses to cover the

4  item. Take the water heater example again. If First American denies the claim, the homeowner will

5  usually prefer to pay the contractor its "retail rate" rather than continue to take cold showers. Of

6  course, the homeowner could have accomplished this same result without having to pay First

7  American the policy premium in the first place.

8      **5.    First American Delays Things In The Hopes The Problem Will Go Away**

9      46.    One of First American's favorite tactics is to delay things for so long that the

10  homeowner eventually gives up and pays out of his/her own pocket to have a reputable contractor fix

11  the problem. First American accomplishes this in a number of ways.

12      47.    One way is for First American to delay dispatching a contractor to the consumer's

13  house. Again, take the broken air conditioner in Las Vegas in July example. It may take a couple of

14  weeks before First American can find someone to do the job. The homeowner, not wanting to live in

15  110 degree heat for that long, will find someone in the Yellow Pages who can perform the job right

16  away. Of course, First American won't reimburse the homeowner for the cost because a broken air

17  conditioner, even in Las Vegas in July, is not an "emergency" situation within the meaning of the

18  policy.

19      48.    Another trick that First American likes to use is to delay ordering replacement parts

20  or appliances. In some instances, it can take months before First American finds the right part or

21  appliance. Often times, First American "accidentally" orders the wrong part, making the process

22  take even longer. Again, the homeowner eventually gives up and resolves the problem on his or her

23  own.

24  **D.    First American's Concealment**

25      49.    While First American's home warranty plans are not per se contracts of insurance per

26  se, they are subject to various provisions of the California Insurance Code. For example, California

27  Insurance Code § 12743(b) specifically imposes the obligations of Insurance Code §§ 330-334 and

28  361 on home warranty contracts. Pursuant to these provisions, it is settled that an insurer and its

**Exhibit A
Page 23**

insured have a "special relationship" under which an insurer's obligations are greater than those of a party to an ordinary commercial contract.  Among other things, these obligations preclude First American from concealing material facts from its customers.  Insurance Code § 332 provides "[e]ach party to a contract of insurance shall communicate to the other, in good faith, all the facts within his knowledge which are or which he believes to be material to the contract and as to which he makes no warranty, and which the other has not the means of ascertaining."  First American breached its special and statutory duties to Plaintiff and the members of the Class by failing to disclose the following facts:

        (a)     First American uses unlicensed contractors;

        (b)     First American pays its contractors so far below market rate that the contractors cannot perform adequate or necessary repairs and replacements with respect to its customers' claims;

        (c)     First American trains its employees to deny legitimate warranty claims based on pre-textual reasons;

        (d)     First American routinely denies claims for pre-textual reasons during the first year a homeowner has a warranty plan without any evidence that the problem was actually caused by the reason given for the denial;

        (e)     First American financially incentivizes its contractors to deny legitimate claims and/or perform substandard repairs;

        (f)     First American creates economic incentives for contractors to shift the cost of repair or replacement onto the consumer; and

        (g)     First American routinely delays authorizing repairs or purchasing necessary equipment.

     50.    First American's standard home warranty contract, which is given to every member of the class, contains numerous written misrepresentations, including the following:

        (a)     "From the very first day your coverage begins, your budget and home will be safe-guarded against costly, unexpected expenses for repairs and replacements on many of your

**Exhibit A
Page 24**

home's most critical systems and appliances.  This representation is false and materially misleading because, in truth, First American:

        (i)      Trains its employees to deny legitimate warranty claims based on pre-textual reasons;

        (ii)      Routinely denies claims for pre-textual reasons during the first year a homeowner has a warranty plan without any evidence that the problem was actually caused by the reason given for the denial;

        (iii)      Financially incentivizes its contractors to deny legitimate claims and/or perform substandard repairs;

        (iv)      Creates economic incentives for contractors to shift the cost of repair or replacement onto the consumer; and

        (v)      Routinely delays authorizing repairs or purchasing necessary equipment.

    (b)    "This contract provides coverage for unknown defects if the defect or malfunction would not have been detectable to the buyer, seller, or agent through visual inspection or simple mechanical test.  This contract provides coverage for systems and appliances which malfunction due to lack of maintenance, rust or corrosion, or chemical or sedimentary buildup."  This representation is false and materially misleading because, in truth, First American:

        (i)      Routinely denies claims as "pre-existing conditions" even if those claims could not have been detected at the time the contract was entered into;

        (ii)      Routinely denies claims for pre-textual reasons, including lack of maintenance, rust, and corrosion, even if those things are not the cause of the malfunction.

    (c)    "The customer pays the $55 service call fee for each separate trade call.  Trade call means each visit by an approved contractor, unless multiple visits are required to remedy the same problem.  The Company warrants its work for 30 days.  If the item fails outside this time period, an additional service fee will be charged."  This representation is false and materially misleading because, in truth, First American:

(i)     Trains, financially incentivizes, and authorizes its contractors to make multiple trade calls for "different" problems with the same system or appliance thereby increasing the number of trade call fees the homeowner has to pay;

(ii)    Trains, financially incentivizes, and encourages its contractors to perform band-aid fixes which will inevitably fail after the 30-day time period, thereby requiring the homeowner to pay a separate trade call fee for a problem that was never properly fixed in the first place.

(d)    "We'll send one of our pre-screened, certified, service technicians to your home to take care of the problem." This representation is false and materially misleading because, in truth, First American routinely uses unlicensed contractors and makes no effort to ensure that its contractors are qualified.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

51.    Plaintiff realleges and incorporates by reference each and every allegation above as if fully set forth herein.

52.    Defendants have entered into contracts with Plaintiff and members of the Class under which Defendants agreed to provide home warranty plans to Plaintiff and the Class.  A true and correct copy of Plaintiff's home warranty plans are attached hereto as **Exhibit C** and incorporated herein by reference.  Under the terms of those uniform contracts, Defendants are required to determine whether homeowners' claims are covered under the terms of their home warranty plans.

53.    Plaintiff and the Class complied with all their obligations under the contracts.

54.    Plaintiff and members of the Class have been deprived of the benefits of their agreements with Defendants.

55.    Defendants materially breached their contracts with Plaintiff and the Class by failing to adopt and implement reasonable standards for the prompt investigation and processing of claims arising under the home warranty plans by refusing to honor the terms of the contract, and by taking actions to deprive Plaintiff of the benefits of the contracts.

CLASS ACTION COMPLAINT

Exhibit A
Page 26

56.     As a result of Defendants' breach of contract, Plaintiff and members of the Class have suffered damages.

57.     Defendants are accordingly liable to Plaintiff and members of the Class for breach of contract.  On behalf of the Class, Plaintiff seeks an injunction ordering Defendants to comply with the obligations of the contracts entered into by the Class and Defendants and an injunction ordering Defendants to properly adjust claims submitted by the Class during the Class Period.

## SECOND CLAIM FOR RELIEF

### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

58.     Plaintiff realleges and incorporates by reference each and every allegation above as if fully set forth herein.

59.     There is a covenant of good faith and fair dealing implied in every contract.  This implied covenant requires each contracting party to refrain from doing anything to injure the right of the other to receive the benefits of the agreement.

60.     Through the conduct alleged above, Defendants breached their duty of good faith and fair dealing and wrongfully denied Plaintiff and the Class the benefit of the bargain under the home warranty plans.

61.     As a result of Defendants' breach of the implied covenant of good faith and fair dealing, Plaintiff and members of the Class have been damaged.

62.     Defendants are accordingly liable to Plaintiff and members of the Class for breach of the implied covenant of good faith and fair dealing.  On behalf of the Class, Plaintiff seeks an injunction ordering Defendant to comply with the obligations of the contracts entered into by the Class and Defendant and an injunction ordering Defendant to properly adjust claims submitted by the Class during the Class Period.

## THIRD CLAIM FOR RELIEF

### (Violation of Cal. Civil Code § 1790 -- Consumer Legal Remedies Act)

63.     Plaintiff realleges and incorporates by reference each and every allegation above as if fully set forth herein.

-17-

64.     This cause of action is brought on behalf of Plaintiff and the Class under California Civil Code sections 1750 *et seq*.  Under California Civil Code § 1750 *et seq*., Plaintiff is entitled to enjoin Defendants' wrongful practices by reason of Defendants' unlawful, unfair, and/or deceptive acts and practices.

65.     The Consumer Legal Remedies Act prohibits unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale of goods and services.

66.     Defendants sold goods and/or services to Plaintiff and the Class by selling to Plaintiff and the Class home warranty plans.  Defendants misrepresented to consumers that First American would cover the cost of covered items under the home warranty plan, when in fact First American created economic incentives for third-party technicians to deny claims completely or to shift the majority of the costs for repair or replacement work to the consumer.  Defendant also trained its employees to deny legitimate claims.

67.     Defendants violated the Consumer Legal Remedies Act by representing, in connection with the sale of the home warranty plans to Plaintiff and the Class, that the home warranty plans had sponsorship, approval, characteristics, ingredients, uses, and benefits which they do not have, as alleged above.

68.     Defendants violated the Consumer Legal Remedies Act by misrepresenting the source, sponsorship, approval, or certification of the home warranty plans.  As alleged above, Defendants had a duty to Plaintiff and the Class to conduct and diligently pursue a thorough, fair, and objective investigation of claims submitted by Plaintiff and the Class.  Defendants failed to do so because they trained and incentivized third-party technicians to deny legitimate claims.  In addition, because Defendants did not pursue any investigation on their own, but instead improperly delegated investigation of all claims submitted by Plaintiff and the Class to third-party technicians, Defendants failed to conduct and diligently pursue a thorough, fair, and objective investigation with regard to every submitted claim.  Defendants misrepresented to Plaintiff and the Class that Defendants themselves would perform the tasks related to determining whether a submitted claim was valid.

-18-

CLASS ACTION COMPLAINT

69.     Defendants violated the Consumer Legal Remedies Act by advertising goods or services with intent not to sell them as advertised, for the same reasons noted in the preceding paragraph.

70.     Defendants' unlawful, unfair, and fraudulent business acts and practices, and unfair, deceptive, untrue, and misleading advertising, as described above, present a continuing threat to members of the Class and of the general public, in that Defendants continue to sell the home warranty plans in violation of the Consumer Legal Remedies Act.  This Court is empowered to, and should, grant preliminary and permanent injunctive relief against such acts and practices.

71.     By reason of the above-described violations of the Consumer Legal Remedies Act, Plaintiff, and each member of the Class consumers of which Plaintiff is a member, have suffered damages.  Plaintiff seeks an injunction barring Defendants' illegal and unfair business practices.

## FOURTH CLAIM FOR RELIEF

### (Violation of Bus. & Prof. Code § 17200)

72.     Plaintiff repeats and realleges the allegations contained above as if fully stated herein.

73.     The Unfair Trade Practices Act defines unfair competition to include any "unfair," "unlawful," or "fraudulent" business act or practice.  Cal. Bus. & Prof. Code § 17200.  Unfair competition also includes "unfair, deceptive, untrue or misleading advertising." *Id.*  The Act also provides for injunctive relief for violations. *Id.* § 17203.

74.     This cause of action is brought on behalf of Plaintiff, members of the Class, and members of the general public pursuant to California Business & Professions Code § 17200 *et seq.*  Under Business & Professions Code § 17200 *et seq.*, Plaintiff is entitled to enjoin Defendants' wrongful practices by reason of Defendants' unlawful, unfair, and/or deceptive acts and practices.

75.     As a direct and proximate result of the acts and practices alleged above, members of the Class and the general public who purchased home warranty plans from Defendants have been injured.

76.     Defendants' unlawful, unfair, and fraudulent business acts and practices, as described above, present a continuing threat to members of the Class and of the general public, in that Defendants are continuing, and will continue, unless enjoined, to commit violations of Business &

-19-

CLASS ACTION COMPLAINT

**Exhibit A**
**Page 29**

Professions Code § 17200. This Court is empowered to, and should, grant preliminary and permanent injunctive relief against such acts and practices.

77.  Defendants' conduct as alleged in this Complaint violates California Insurance Code § 790.03. As alleged above, Defendants failed to adopt and implement reasonable standards for the prompt investigation and processing of claims arising under the home warranty plans sold by Defendants to Plaintiff and the Class, thus violating Cal. Ins. Code § 790.03(h)(3). Defendants' failure to adopt and implement reasonable standards for the prompt investigation and processing of claims under the home warranty plans they sold was knowingly committed and performed with such frequency as to constitute a general business practice.

78.  Defendants' conduct as alleged in this Complaint further violates California Insurance Code § 790.03 because Defendants failed to "conduct and diligently pursue a thorough, fair and objective investigation," as required by 10 CCR §2695.7(d). Among other things, as alleged above, Defendants trained and incentivized third-party contractors to deny legitimate claims. In addition, because Defendants did not pursue any investigation on their own, but instead improperly delegated investigation of all claims submitted by Plaintiff and the Class to third-party contractors, Defendants failed to conduct and diligently pursue a thorough, fair, and objective investigation with regard to every submitted claim.

79.  Defendants' conduct as alleged herein also violated California Insurance Code §790.034, in that Defendants did not make the required disclosures required by such section to those members of the Class residing in California.

80.  Defendants' conduct as alleged in this Complaint violates California Insurance Code §§ 330, 331, 332 and 334. As alleged above, Defendants concealed material facts about their business practices from Plaintiff and the Class in order to induce Plaintiff and the Class to enter into their home warranty contracts. Defendants' concealment was knowingly committed and performed with such frequency as to constitute a general business practice.

81.  Defendants' conduct as alleged in this complaint further violates California's Contractors' License Law, Business & Professions Code § 7000, *et seq.*. As alleged above, First American employs unlicensed contractors under independent contractor agreements. As such, First

Exhibit A
Page 30

1  American aids and abets the violation of Business & Professions Code § 7028, which makes it a

2  misdemeanor to perform contractor services without a license.

3        82.    As alleged herein, Defendants' conduct also constitutes a breach of contract.

4  Defendants breached the contracts by not complying with the written terms of the contract.

5  Moreover, Defendants' conduct constitutes a violation of the implied covenant of good faith and fair

6  dealing, which is an essential element of the contracts entered into between Plaintiff and Defendants.

7  The implied covenant of good faith and fair dealing obligated Defendant to refrain from doing

8  anything to injure the right of Plaintiff and the Class to receive the benefits under the contracts.

9  Defendant violated this implied covenant through the conduct described above.

10        83.    As alleged herein, Defendants' conduct also violated California's Consumer Legal

11  Remedies Act.

**PRAYER FOR RELIEF**

12  

13  WHEREFORE, Plaintiff demands judgment against Defendant as follows:

14      A.    A declaration that this action is a proper class action under Federal Rule of Civil

15  Procedure 23 on behalf of the Class as defined herein, and an order directing that reasonable notice

16  of this action be given to each member of the Class;

17      B.    A declaration that the Defendant's conduct alleged herein constitutes a breach of

18  contract, breach of the implied covenant of good faith and fair dealing, and a violation of the

19  Business & Professions Code § 17200;

20      C.    An injunction enjoining, preliminarily and permanently, Defendant from continuing

21  the unlawful conduct alleged herein, and requiring Defendant to properly adjust all claims submitted

22  by the Class;

23      D.    An award for Plaintiff and the Class for the costs of this suit (including expert fees),

24  and reasonable attorneys' fees, as provided by law; and

25      E.    An award for such other and further relief as the nature of this case may require or as

26  this court deems just, equitable, and proper.

27  /////

28  /////

-21-

CLASS ACTION COMPLAINT

**Exhibit A
Page 31**

**JURY DEMAND**

Plaintiff demands a jury trial of all triable issues.

DATED:   September **23**, 2009                    CHAPIN WHEELER LLP

By: _____
          Edward D. Chapin, Esq.
          Jill M. Sullivan, Esq.
          Douglas J. Brown, Esq.
          Attorneys for Plaintiff
          NANCY CARRERA, on behalf of herself
          and all others similarly situated

-22-

**Exhibit A
Page 32**

# EXHIBIT A

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

## First American Home Warranty

Customer Reviews ( on a scale of 5 )

- Customer Service: 1.6
- Service Timeliness: 1.7
- Repair or Replacement Service: 1.7
- Overall Rating: 1.5

- Total Reviews: 491

Rate this Company!

Home Warranty Insurance Offering

- Website: http://homewarranty.firstam.com
- Premium: $355
- Deductible: $55
- Effective: Upon payment receipt

*Notes and Disclaimers*

1. In the earlier days, we collected ratings, but did not collect the review comments from users. So the total # of user ratings may not match with the total # of comments in some cases.
2. Premium and deductible pricing info was taken from internet resources and may have changed recently. Please call insurance provides for latest pricing info

🞔 BOOKMARK  ◢ 🞂 𝑟˙⸱

## Reviews

- *corndh* | 09/05/07, 4:21 am | Rate this review: 🖳 2  🖳 1
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

  terrible customer service. they claim all repairs are due to "improper installation". Were they there when the home was built?
  never do business with them.

- *edward* | 09/05/07, 4:29 am | Rate this review: 🖳 1  🖳 1
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

  i got this warranty for a condo built in the 80's. Called the hotline and got a contractor to come in. i never got a call from the contractor or first american. they denied the claim and it took over 2 months to get

Exhibit A
Page 34

First American Home Warranty | Home Warranty Reviews            http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

them to pay for a replacement item.

○ *Tammy* | 09/18/07, 4:14 pm | Rate this review: 👍 1  👎 1
  ○ Customer Service: 1
  ○ Service Timeliness: 1
  ○ Repair or Replacement Service: 1
  ○ Overall Rating: 1

They have limited areas of service.

• *HAnwar* | 09/23/07, 4:43 am | Rate this review: 👍 1  👎 1
  ○ Customer Service: 3
  ○ Service Timeliness: 1
  ○ Repair or Replacement Service: 1
  ○ Overall Rating: 1

The worse company that i had to ever deal with. The claim was open for more than 3 weeks and no one came for repair. When the person showed up he brought the wrong part. Will never do business with them again.

• *scott* | 10/10/07, 11:45 am | Rate this review: 👍 1  👎 1
  ○ Customer Service: 2
  ○ Service Timeliness: 3
  ○ Repair or Replacement Service: 2
  ○ Overall Rating: 1

the main problem with this company is the contractors they send out, they claim they are licensed etc. but i go to find out they are not. one guy they sent out worked on the A/C 4 times, threw away a part for it, almost burned my house down, and destroyed my carpet.. oh and left me a huge bill to boot that the warranty company wouldn't cover. then they tell me they wont send me another guy unless i pay for an A/C guy to go out and find a different problem and they would refund me for that. finally after much hassle they agree to send out another guy who fixed the problem and i gotta pay more money out of my pocket cause they wouldn't cover the problem cause of a missing part, even though the first guy threw away the part! to make matters even worse after much leaving messages and calling about 15 times now they say they wont even refund me for sending out the contractor!!!

i've had good experiences with them, but this was a 3 month ordeal which has angered me so badly that it caused me to cancel my contract with them, the whole reason i got them was for A/C's and it took them more than a month, 7 contractor visits, $1000 of my own money, destroyed carpet, and missed work to finally get the problem fixed. UNACCEPTABLE!! it should of been fixed in 3 days.

• *CT* | 10/16/07, 6:00 pm | Rate this review: 👍 1  👎 1
  ○ Customer Service: 1
  ○ Service Timeliness: 2
  ○ Repair or Replacement Service: 1
  ○ Overall Rating: 1

We bought a home that had coverage from the First American Home Warranty. We used them for a heater repair (one time replaced a transformer, and one time did nothing since the warranty wouldn't cover the zone control board); and for toilet repairs (two visits from the same plumber didn't fix the problem) and for a clogged pipe (plumber (from above) broke the pipe and flooded our downstairs). First American was totally unhelpful when we had the pipe broken and told us to deal with the plumber,

**Exhibit A
Page 35**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- *Andy Smith* | 11/07/07, 8:52 pm | Rate this review: 🖒 1 🖓 1
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 2
  - Overall Rating: 1

I can't even begin to describe the troubles I've had with this company in only a year. I'm following up on a lawsuit as I type. service was rediculous and they attempted to make fraudulant claims against me which were founded untrue. please reconsider this company.

- *claire* | 11/19/07, 9:23 pm | Rate this review: 🖒 1 🖓 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

How bad this company is? I am a realtor and most of my clients bought their service at the cost of $355/per year. They are about 20 of them just in last year. We didn't have anything fixed by this company so far. One house needs a switch on the oven and it's still nothing happen to that oven and it's been almost 3 months and I had to call contractor every day. One client cancelled the contract after they denied all the repairs, the refund check is less than the half cost after only one month on the program. I will tell all my clients and all my realtor friends stay away from this company.

- *Laura Smith* | 11/27/07, 6:18 pm | Rate this review: 🖒 1 🖓 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

They convinced me to renew with them despite poor service and unskilled contractors. I did and my first claim( a clogged kitchen drain) the contractor did not call for five days. When I called to complain they promised to reassign and never called back. When I called the next day to speak with a supervisor, they put me on hold for 15 minutes. I called back and cancelled my claim.

- *Karen* | 01/28/08, 10:26 pm | Rate this review: 🖒 1 🖓 0
  - Customer Service: 3
  - Service Timeliness: 3
  - Repair or Replacement Service: 1
  - Overall Rating: 2

I purchased a condo and this was the policy the seller picked. I had a clogged dishwasher drain that was fixed with no problem. During a heat wave, my A/C broke down and it took a week to schedule an appointment. Turned out a fuse was blown and it was fixed with no problem, except for the delay which they stated was due to the high volume of calls. That may have been true, because other contractors I called also had several day wait lists. But, my last repair was the cold water faucet in the bathroom that cracked and broke. The hot water worked fine. The contractor said I had tampered with the faucet! Can you believe that!! It turns out the fixtures aren't covered, but I was angry at the implication I had caused it to break! The thing just broke one day when I tried to turn it on. The contract is up for renewal and I am not going to renew with them. I may switch to a different company or may choose to go on my own.

- *TK* | 02/15/08, 6:03 pm | Rate this review: 🖒 1 🖓 0
  - Customer Service: 1
  - Service Timeliness: 1

**Exhibit A
Page 36**

- ○ Repair or Replacement Service: 3
- ○ Overall Rating: 1

First time filing a claim, the CSR I spoke with appeared helpful and concerned for me. (June, 7 months pregnant, and my air was out.) The next day when i had to call back to find out what was going on, no one knew, and told me if i didn't hear from someone in a few hours to call back. The emergency 24/7 repair people must've been off, cuz it took 2 days and about 14 phone calls from me for someone to come look at my AC. When they got there, said they couldn't find what was wrong. (I had left it off so long, when i turned it on, it started working again--for a few days) Ended up having to call like 4 times in June. Replaced the thermostat, and told me the vent thing was dirty. In August, about a week before i was due, it broke again. Alabama in August. Again, if i didn't have the service peoples number direct, and wasn't dealing with a lady @ their business, i don't think I'd have ever gotten anywhere. i need to have the warranty, but i won't use them again. i believe if it needs to be replaced, you have to pay and they reimburse you.

- • lagenti | 02/22/08, 5:12 am | Rate this review: 👎 1 👍 1
  - ○ Customer Service: 4
  - ○ Service Timeliness: 3
  - ○ Repair or Replacement Service: 4
  - ○ Overall Rating: 4

I had First American as my warranty when I purchased my house. When we had a roof leak in the dining area we called for repair, the water was running down along the window. Two contractors called and came to inspect. They came back a few days later and had the problem repaired, or at least repaired it to the point I don't see water coming down along the window (it could still drip a little inside the attic I suppose). We only paid the copay and I don't know what was the total bill. I guess we were lucky that we got good contractors and they didn't have problem getting paid by First American.

- • Melody | 03/21/08, 6:42 pm | Rate this review: 👎 2 👍 0
  - ○ Customer Service: 1
  - ○ Service Timeliness: 1
  - ○ Repair or Replacement Service: 1
  - ○ Overall Rating: 1

Horrible service! Completly useless.

First American has not fixed my dishwasher for over 8months. Since i can't change insurance if something is broken, i had to renew with them. They promised to take care of it right away, and they haven't. The technician said it's fixed, but it wasn't and leaked all over my pergo floors. I had to pay $10,000 in changing the pergo for kitchen and living room. Of course, this is secondary damage and not covered - says First AMerican. And still, they haven't fixed my dishwasher.

I had electric leakage in the house and no power in the house. We were getting electrocuted if we touched anything. First American did not send a technician for 5 days. Imagine living 5 days with no power and getting shocks if you touch anything!

Another time, i had electric problem and the technician did not know how to fix it. I had to call professional electrician on my own to get it fixed.

Once i had a problem with the kitchen refraigrator. When the technician came in, he saw that there were two refrigrators in the house - a spare one in living room. So he said, the kitchen refraigrator is not covered. How convinent to pick the spare working refraigrator as the covered one!

The technicians are usually very incompetent. They will come up with some excuse like 'They are afraid to damage the property to get access for the repairwork' or 'the house was not built correctly'. and br prepared for long waits and no shows.

- *P Bose* | 03/31/08, 7:20 pm |  Rate this review: 👍 1  👎 0
  - Customer Service: 2
  - Service Timeliness: 3
  - Repair or Replacement Service: 2
  - Overall Rating: 2

Poor customer service. Had to run around for months trying to get a a/c claim reimbursed.

- *Jason* | 05/07/08, 4:20 pm |  Rate this review: 👍 1  👎 0
  - Customer Service: 1
  - Service Timeliness: 2
  - Repair or Replacement Service: 1
  - Overall Rating: 1

my family spent a whole summer with a busted air pump while our lawyer was fighting with the company to get them to service our contract properly. by the time we got our repairs, there was only about one week left during which we needed to use the pump.

- *Jeff Davis* | 05/14/08, 7:42 pm |  Rate this review: 👍 1  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 3
  - Overall Rating: 2

This company came recommended from a friend in the business and is affordable. However, their customer service and communication with each other, particularly in resolving issues with payments, needs considerable improvement.

- *Lauren* | 06/11/08, 1:01 am |  Rate this review: 👍 2  👎 0
  - Customer Service: 3
  - Service Timeliness: 2
  - Repair or Replacement Service: 4
  - Overall Rating: 3

When I had a leak from the upstairs bathroom, they sent a plummer right over to fix the leak, which was timely and done well. But they never sent someone to fix the hole made in the ceiling. After waiting over a month, I called them and asked what was taking so long. They said they couldn't find a contractor yet, I told them I found plenty, but the lowest was $150.. the buyout was only $75! What a joke... I don't care if they don't get their preferred rate., I shouldn't have to wait over a month to get something fixed. I'm not renewing.

- *RICHARD ANTHONY* | 06/21/08, 4:30 am |  Rate this review: 👍 2  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

We've been waiting for almost a month to get our A/C repaired by First American but just keep getting excuses and lies about how each rep we speak to is going to handle the issue, If they tell you it's taken

Exhibit A
Page 38

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

care of don't believe them. I've personally spent over 15 hours on the phone with them regarding our problem and my wife is approching 8 hours.

Next step is contacting all the Officers and Senior Management plus as many local real estate agents as I can and letting them know about the company.

- *Robert R. River* | 06/24/08, 8:48 pm | Rate this review: 👍 1 👎 0
    - Customer Service: 2
    - Service Timeliness: 2
    - Repair or Replacement Service: 1
    - Overall Rating: 1

Always, always an excuse that this or that is not covered. Recently called in repair for the Freezer outage on a SubZero unit only to have the contractor state that the Freezer is not covered. Just another major disappointment when requesting work for repairs. This is the straw that broke the camels back, continued coverage only due to the fact that I thought they might be equitable, however that has proven not to be the case. I will never refer or use this company in the future.

- *Kathleen* | 07/15/08, 2:10 am | Rate this review: 👍 1 👎 1
    - Customer Service: 3
    - Service Timeliness: 3
    - Repair or Replacement Service: 3
    - Overall Rating: 3

We have had 2 experiences with this company. First, a leak from our whirlpool bathtub. It took weeks to finally get a repairman. The best excuse was they couldn't come because it had been raining; I had to explain once again that it was a bathtub, not an outdoor spa. We were approved to get our own repairman after waiting several weeks for the warranty company to try to find someone. When the repairman finally did come, our unit was so old he had to replace the leaking part and the whole pump, which would have cost hundreds if we had had to pay it. Good thing I don't take a lot of baths!
The second experience was with the air conditioning. The guy showed up a day earlier than they thought he could, he came back the next day with the part and had it fixed in 10 minutes. The people on the phone always were pleasant and seemed interested in getting the problems resolved, the problem seemed to be in getting the contractors to come out.

- *Pam* | 07/22/08, 1:40 am | Rate this review: 👍 1 👎 1
    - Customer Service: 3
    - Service Timeliness: 3
    - Repair or Replacement Service: 3
    - Overall Rating: 3

We have had service with this company for 4 years now and for the most part they have done a good job. While some of the service people were a bit questionable, in the end we have been able to get our oven, garbage disposal, pool pump motor, and bath fixture replaced through them. The jobs that were not done through their contractors we cashed out and had replaced on our own. Having what they call the "First class upgrade" has helped us many times as it covers fixtures and other nitty gritty details that would otherwise have made our claims denied. All in all we keep renewing out of fear our 40 year old home will lose a major system and incur great expense.

- *mary* | 07/22/08, 3:14 am | Rate this review: 👍 0 👎 2
    - Customer Service: 5
    - Service Timeliness: 5
    - Repair or Replacement Service: 5

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- ○ Overall Rating: 5

they are great

- *Jason* | 07/27/08, 3:47 am | Rate this review: 👍 1 👎 0
  - ○ Customer Service: 1
  - ○ Service Timeliness: 2
  - ○ Repair or Replacement Service: 1
  - ○ Overall Rating: 1

We had a clogged sewer problem and First American sent one of their plumber on their list. When the technician was taking his equipment out of his van, he noticed that his motored-equipment was broken. So instead he only used a regular snake to go through the sewer and told us he'll be back with a working equipment. After 4 days of no call from the technician and First American, we called their customer service and asked. The customer service told us that the technician found some unnatural wear and tear of the sewage such as Toys and Papertowels. One, we don't have kids, two, who's the idiot that would put a papertowel in the toilet? I explained them that the technician had a broken equipment and how would he know then before he used a $99 snake? Customer service told me to get a second opinion and fax the receipt to their office. I called Roto-Rooter and paid $178. The Roto-Rooter man found no cause or unnatural wear and tear in the sewage. He said that due to an old plumming system, probably time to upgrade soon. I faxed the receipt to First American TWICE and no call back from them. When we called, they said they are not refunding us back due to they believe it's unnatural wear and tear. Guess, what? One of their sales people called us twice this week and wants our business. I said the same thing, if you refund us the money we lost, we probably consider but we don't want to go through another crap like that. They didn't want to refund and keep saying they are number one............REALLY? You guys be the judge.

- *John* | 07/30/08, 10:24 pm | Rate this review: 👍 1 👎 0
  - ○ Customer Service: 1
  - ○ Service Timeliness: 1
  - ○ Repair or Replacement Service: 1
  - ○ Overall Rating: 1

I was evaluating home warranties. We got one from AHS when the home was purchased, but being a fair handyman and the home was only 10 yr old, we never used it. I priced them, researched them and finally contacted a couple.

First American called me, and the lady was nice. Loud, but nice. She talked through my questions and described what was covered (and where AHS was deficient). She told me about the internet special and money back guarantee. I asked for her number to call her back, assuming they work on commission. She immediately went to the hard sell.

I told her that I am still evaluating and wanted to discuss it and other options with my wife. She asked me if I ask my wife's permission everytime I fill up my car with gas.

WHAT?!

Customer service? I'll be contacting the corporate office on that one.

- *Brian Hunt* | 08/05/08, 7:53 pm | Rate this review: 👍 1 👎 0
  - ○ Customer Service: 1
  - ○ Service Timeliness: 2
  - ○ Repair or Replacement Service: 2

**Exhibit A
Page 40**

- Overall Rating: 1

I have had First American for 2 years and have had two claims. Both experiences were bad. The coil went out on our Air conditioner in 2007. The part was not made any more and the tech recomended replacing this 22 yr old unit. First american would not replace. They found an alternate part, shipped it to the technician and he had to "jerry rig" the part to make it work. This part makes all kinds of niose wen the ac kicks in. In 2008 the exterior fan on the AC unit is failing and only kicks in some of the time. When they send a tech he hits a reset button and can bang on it with a hammer and it starts. I have to do this almost daily and they still will not repair the fan motor. Tired to speak with a supervisor at first american, they still will not agree to fix this.

- *Kalani Nolasco* | 08/09/08, 7:44 pm | Rate this review: 👍 1 👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Nightmare!!!, thats the only way to describe our experience with First American home warranty and their so called "protection plan". We kept this warranty for four years with our a/c being the major reason. We live in the desert and depend upon a/c in the summer. What their catch is; they seem to use the lowest bid contractors that do NOT care about you and your problems, but rather the volume of clients per day they can see. Their policies make it damn near impossible to get anything repaired when their appointed contractors make mistakes (being they just send the same contractor who made the mistake right back out. The "customer service" department basically will tell you what you want to hear, and never take personal care in resolving REAL problems. We were WITHOUT a/c in 110+ degree weather, their "emergency dispatch" found a contractor that could come out in 5 days (are you serious). I would like to know if the CEO of first American corporation utilizes the same home warranty (doubtful). Do yourself a favor, if you are thinking about using them, DONT!!!. At least don't expect to get any MAJOR problems resolved without a MAJOR headache. If you have time to be on the phone for hours and hours, talk to countless people who are there to spin you on the merry go round of frustration, and don't care if your home is worked on by quality craftsmen, go ahead. It would be a great gift to give to your worst enemy!!!!

- *Donna Baez* | 08/11/08, 9:29 pm | Rate this review: 👍 1 👎 0
  - Customer Service: 1
  - Service Timeliness: 3
  - Repair or Replacement Service: 3
  - Overall Rating: 2

I'm a Realtor and have been referring this company to my clients for 3 years and use them for my personal home. I received a renewal invoice for a price that is $70 higher than new clients are charged. Everytime I called the company to discuss, I got a higher rate. I've had to fight with them several times to get claims paid.

- *km* | 08/12/08, 12:13 am | Rate this review: 👍 1 👎 0
  - Customer Service: 1
  - Service Timeliness: 2
  - Repair or Replacement Service: 1
  - Overall Rating: 1

I had this company for 6 years. They were very good to me up untill about 2 years ago. The past two times they came out to fix my A/C they sent crooked contractors. One contractor was telling me that i had to pay him more money than the copay. I told first american this and they beleived the contractor, not me.

First American Home Warranty | Home Warranty Reviews       http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- *Vincent Longobardo* | 08/12/08, 2:59 am | Rate this review: 👍 1  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

NEVER DO BUSINESS WITH THIS COMPANY!!!!!!!! 4 plumbers visits and an electrician visit and I still don't have hot water after over a month from the initial claim filing. Now they are saying that the unit was installed improperly outdoors and wasn't maintained, but I checked the tankless heater installation manual online, and everything was done properly.

The service is terrible, it takes months to get resolution on claims, and they'll just lie to you to keep from having to pay for repairs or (god forbid!) replacement. Meanwhile they've paid to have 5 contractors come and look at the problem, file reports, and still haven't fixed the problem. If they sent a competent plumber the first time, perhaps they'd be willing to pay, but now I think they're trying to cut their losses for their own bad management and incompetent contractors! I REPEAT, NEVER DO BUSINESS WITH THIS COMPANY!!!!!!!!

- *A.P.* | 08/14/08, 5:57 pm | Rate this review: 👍 1  👎 0
  - Customer Service: 2
  - Service Timeliness: 2
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Although I took all upgrades available and the premium cost me $700+ a year, they always try the cheapest option, no matter how many times the same appliance has been (half) fixed and still does not work. My fridge was "fixed" three times by clueless technicians and the forth time I asked them for a replacement because the 5+ month-long saga has taken a toll on my patience and on my wallet (several call fees and wasted food). They would still not replace it.

You need to know that their repair warranty (fine prints on their contracts) lasts only 30 days. In other words, they can fix something the way they want as long as it lasts 30 days, and then you are in for a new claim with calling fees... How can they state that their coverage will give you similar or better appliances if their repair warranty runs for 30 days?

They will also bail out of their responsibilities by claimig that something broke because of faulty maintenance. And when you bring someone else to clean/maintain the unit, they just find everything is ok....

Last word: I had been using some other contractors to maintain my AC and central heating (members of the BBB) and they told me that they categorically refused to do business with these guys because they always perform the cheapest repairs and disregard the contractor's recommendations.

Try another one, or try none and save the money in case something breaks around the house.

In the mean time, I am still waiting for my refund check (pro-rata of course...)

- *Mark Hickman* | 08/14/08, 8:35 pm | Rate this review: 👍 1  👎 0
  - Customer Service: 2
  - Service Timeliness: 1
  - Repair or Replacement Service: 3
  - Overall Rating: 2

Some repairs got done quickly, but my AC repair cost extra ($125 "disposal fee" for a broken evaporator

        

**Exhibit A**
**Page 42**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

coil) and took 3 weeks in the middle of the summer.

As soon as I get my AC fixed, they are toast...

○ *Jody Chow* | 08/17/08, 5:20 am | Rate this review: 🖐1  👎0
  ○ Customer Service: 1
  ○ Service Timeliness: 1
  ○ Repair or Replacement Service: 1
  ○ Overall Rating: 1

We've had 2 claims of which 1 was fraudently denied. My husband is an insurance litigator and kept arguing with the woman who denied our claim (broken pool pump). My husband knows how to interpret insurance policies inside & out and found it extremely frustrating as the woman was ill informed & stubborn. We are talking about suing them but it may not be worth the time or effort as our claim was just a few hundred dollars. We will not be renewing with them and will tell our realtor who sold us the house, to stay far, far away from this company.

○ *John Shabro* | 08/23/08, 5:17 pm | Rate this review: 🖐1  👎0
  ○ Customer Service: 1
  ○ Service Timeliness: 2
  ○ Repair or Replacement Service: 2
  ○ Overall Rating: 2

Not happy at all with this company. Seems to take forever to get your money when you are due a payout. Plumbing coverage stinks. Just doesn't cover the costs to repair. You always have to pay quite a bit out of pocket to get the problem fixed.

○ *Jeannette Chrisley* | 08/23/08, 5:58 pm | Rate this review: 🖐1  👎0
  ○ Customer Service: 2
  ○ Service Timeliness: 1
  ○ Repair or Replacement Service: 3
  ○ Overall Rating: 1

We have had First American for 6 years and it has gotten progressively worse. Our first year was wonderful. It more than paid for itself, although a hassle. They are very slow to respond, don't use local technicians (be it plumbing, heating, electrical, etc.) and don't return calls. They're attitude is arrogant. We will not renew this year.

○ *K.E.* | 08/29/08, 9:25 pm | Rate this review: 🖐2  👎0
  ○ Customer Service: 1
  ○ Service Timeliness: 1
  ○ Repair or Replacement Service: 1
  ○ Overall Rating: 1

3 Different contractors, 3 seperate fees, same problem. Company is unethical and fraudulant.. They work with pathetic contractors who lie, make false claims to avoid doing any work. Contractors like Miller A/C in Lakeland area is fraudulent, lies to customers and turns in false claims to warranty company. Custormer service would rather have us cancel our contract rather than credit us 55.00 service fee in which Miller A/C Did no inspection, no diagnosis, lied to us, filed fasle claim with warrany company to avoid doing any work. DO NOT PAY FIRST AMERICAN HOME WARRANTY They are of no significant value to homeowners, profit by not making any repairs, but charging contractor and warranty fees...They are Frauds and should be avoiding at all cost...

**Exhibit A
Page 43**

- *Brian D. Hawkins* | 09/28/08, 2:20 am | Rate this review: 👎 2  👍 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

First American Home Warranty let my family sit in a dark and potentially dangerous house for nearly two weeks while they sat on their hands doing nothing but making up excuses. After two weeks and two visits by their technician they have denied the claim.

Both electricians said the riser - metal pipe - had broke free from our meter box and allowed rain in. The rain shorted the line out and a new meter box was necessary.

First American Home Warranty says it is not normal wear and tear and denied the claim.

After two weeks of jerking us around they leave us holding the bag while they redefine the English language. Normal wear and tear? Why is it not normal wear and tear? It is a thin box of pot metal that has been exposed to the elements for years. That box is certainly over twenty years old. What's normal? Should it last a thirty years? Fifty? Perhaps a century?

- *Susi* | 10/04/08, 8:57 pm | Rate this review: 👎 1  👍 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Had big problems with 1st American, multiple times. Fridge broke, had to have a second oppinon. Had to take 5 days of work for different repair people (Insurance choice of repairmen), and the fridge was still not fixed. I waited 5 month on the money for the new fridge. They always send very unfit repair people, who want 4 times the price then other companies!

- *S* | 10/05/08, 2:36 pm | Rate this review: 👎 0  👍 0
  - Customer Service: 1
  - Service Timeliness: 2
  - Repair or Replacement Service: 1
  - Overall Rating: 1

After 2 years of call for a leaking heater it is still not fixed. Do yourself a favor and avoid this company at all costs!!!!

- *Steve* | 10/07/08, 4:39 pm | Rate this review: 👎 0  👍 0
  - Customer Service: 1
  - Service Timeliness: 2
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Will never do business with this company again. I tried for two years to get this company to fix a problem with my A/C. They sent someone out eight times only to tell me that "there is a problem they just didn't know what it is". After eight visits and eight $55-70 service charges they told me that it was "installed incorrectly". After sending someone out that many time you would have to think they just gave up and changed their story.

- *Diana* | 10/07/08, 8:07 pm | Rate this review: 👎 0  👍 0
  - Customer Service: 1

First American Home Warranty | Home Warranty Reviews        http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- o Service Timeliness: 1
- o Repair or Replacement Service: 1
- o Overall Rating: 1

I have paid my premium faithfully for years. When our air conditioner went out during a 104 degree week, they told me since they could not find someone to come out and fix it that they approved me to have my own contractor come out and look at it. I got three estimates on what was wrong with it. I then called First American and they told me that I had been approved to get someone out ASAP and repair or replace the unit because we had our elderly father in the house. So I called the cheapest price we got and he ordered the unit to install it. All the while I was calling First American to make sure this was acceptable. They kept telling me to go ahead with the install. But when the company came with the unit to install it, I called First American one more time as instructed, and only then did they tell me they would not approve it. They knew I had the man there and the unit on the ground, then they said they would not approve it with out one of their contractors coming out first. So I had to have it installed and paid for it myself. We are going to take them to court on this but they have done things like this numerous times. They are cheap crooks. Do NOT give them a penny of your money.

- • *Bert* | 10/14/08, 2:45 pm |  Rate this review: 👍 0  👎 1
  - o Customer Service: 4
  - o Service Timeliness: 3
  - o Repair or Replacement Service: 3
  - o Overall Rating: 3

I've found the comment's here "eye opening" for the various Warranty companies reviewed. It seems a bit skewed to those who have negative experiences, probably due to the need to vent the frustrations experienced. I also suppose that those who got what they expected, upon making the call for service, arn't as compelled to say "Yes!" I got it. This is not supposed to be like winning the lottery. The comments make you feel like many have lost out though; Thats sad, it seems like the Warranty Industry trend, with no real star-company that stands out.

Any way my 2-cents. With purchase of my house I receive the First American packet in which the "Value Plus Plan" for $340 was paid by seller for the first year. Upon renewal this rate is now $460. A 35% increase? Apperantly that initial cost was the Realtor's discount rate.

I have used them twice Shower-faucet replacement (took 3 visits to get the right part ordered and installed.)

and A/C recharge and inspection went without a hitch –easy enough I suppose.

Anyone know of any leading companys in this industry?

- • *Jeremy Brown* | 10/24/08, 2:12 pm |  Rate this review: 👍 0  👎 2
  - o Customer Service: 5
  - o Service Timeliness: 5
  - o Repair or Replacement Service: 5
  - o Overall Rating: 5

I feel like I need to write something positive about this company since most people only take the time write negative reviews. I recently got a house that was empty for a year and within one week one A/c stopped working and one bedroom had no electricity. I filled claims and the next day both problems were fixed. The bedroom had a short in the ceiling fan and the A/C unit had a service valve open and the freon was empty. Cost me 2 deductibles of $50. The A/C guy said he would of charged me $450 for the service call for all the freon he had to use. It's already paid for itself and I still have 11 months left on this

**Exhibit A**
**Page 45**

contract. I would never buy a house without having a home warranty. I am glad I listened to my realtor.

- *Elisabeth Ritz* | 10/30/08, 7:40 pm | Rate this review: 0  0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

I am a Realtor. Always recommended First American to my clients. Purchased a home in March 2008. That's when the PROBLEMS and HEADACHES really started. This company is using F rated contractors (see BBB) and jeopardizing everything from home to health. DON'T USE THIS COMPANY!!! I don't have a solution - all other Home Warranty Companies are bad too ;-(. Best thing is to find a reliable and reputable contractor on your own and than submit the bill.

- *Joyce Genho* | 11/08/08, 9:48 pm | Rate this review: 0  0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Well, let me say this, if I had known that my landlord using a home warranty company such as First American to fix problems, I would have never rented. Being in this home, the toilet was leaking, the sink was leaking and still is, the kitchen plumbing was rotted away (normal wear and tear)allowing raw sewage to dump right under the house (the foul smell made me sick for two days)Now keep this in mind I have been in this home for 3 months, it took, 8 weeks to get someone to fix the the raw sewage pipe, and I am now without heat, the sink in the bathroom still leaks and the only way the toilet got fixed was I paid for (after waking up sick from the foul smell to throw up) I slipped on the water that the toilet was doing!!! Now keep in mind, I am still paying rent, but told the landlord if things don't get fixed in a timely manner that I would hold out for how many days it took to get fixed.

Now since reading all these review's did it ever occur to someone to initiate a class action suite against this company....?!! I certainly would not take this warranty out with them and tell all people I come in contact with about the horrible service. I didn't get service until I actually threatened to sue First American and who ever was a part of the transaction, contractor and landlord included. Since they are an insurance company I am filing a complaint to the Insurance Commission to have this company investigated.

- *Roger Gomez* | 11/10/08, 7:50 pm | Rate this review: 0  0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Dealing with this company has been a nightmare! I had a refrigerator that broke down and called to have it repaired as per the warranty agreement. To make a long story short, almost two months and 5 visits by different repairmen, it was fixed (I hope). The process to get a repairman to look at the fridge was ridiculous. I had to call constantly to get firstam to get someone to look at the fridge. Each time the fridge was looked at, it would work for a few days and break down again. Needless to say, I lost hundreds of dollars of food for every occurrence. Finally, to cap things off, I was told by the claims specialist that I was alloted up to $150.00 of temporary relief to buy a portable refrigerator unit and that I would be reimbursed for it. I sent the fax of the reciept as per the instructions given to me. The fax showed that it went through but firstam conveniently did not recieve it. I sent it again after calling them and verifying the info but was later told they didn't recieve it either. I called again but this time was told that they do

not have any record authorizing me temporary relief and that they would only give $75 for a portable refrigerator anyways. This company is highly unreliable and extremely arrogant with its customers. I don't know how they are in business.

- *melissa* | 11/18/08, 4:09 pm | Rate this review: 👍 0  👎 0
    - Customer Service: 1
    - Service Timeliness: 1
    - Repair or Replacement Service: 1
    - Overall Rating: 1

This company is keen for taking premiums and deviant in taking care of responsibilities when a claim is filed. For five years we have paid premiums to them and whenever there is a claim they take their time sending out a repair person. This time they sent a contractor that has 23 complaints with the Better Business Bureau of California, of all the complaints only one has been resolved. The company came out tore up our appliance, then claimed the appliance was already in the damaged state that they left it in. First American claims to do a thorough check on the contractors that they send into people's homes, but if they do then why did they send a company to my home that was unqualified to do the repairs, the technicians smelled like garbage, and the company that they sent out had such complaints against them as "inappropriate behaviour toward customers". The claim is over a month old and First American nor the contractor has made good on the repairs. First American's only resolve is to send the faulty contractor back (Because no one else will work on the appliance that they broke) OR we pay a contractor of our choice to fix the appliance and they will reimburse us. Well as stated before, we checked. There are no legitimate contractors who will get involved in the claim because of the faulty work that the technician did. So they are forcing us to either use the "Shady contractors" who may blow up our home, or go with a gas appliance that is broken and may possibly risk our lives in our home. DO NOT USE FIRST AMERICAN HOME WARRANTY……FIVE YEARS CONSISTANT DISSERVICE TO CUSTOMERS .

- *C L, Austin, TX* | 11/21/08, 1:21 pm | Rate this review: 👍 0  👎 0
    - Customer Service: 1
    - Service Timeliness: 1
    - Repair or Replacement Service: 1
    - Overall Rating: 1

It took over 2 weeks to get First American to set up a follow-up appointment to an initial claim. After 7 calls, where various customer service reps promised to 'call me back', 'redispatch the claim', 'set the appointment for me and call me back with confirmation', nothing was ever accomplished. After all was said and done, the contractor bailed out and refunded my money and I had to start the process of setting the appointment for pest control all over again. I will never use this service again and from the looks of the rest of the reviews, home warranties seems like a scam in general. You're probably better off contacting a contractor off Angie's list, getting an estimate and working with them to set appointments, etc.

- *SMCC, Glendora, CA* | 11/22/08, 12:05 am | Rate this review: 👍 0  👎 0
    - Customer Service: 1
    - Service Timeliness: 1
    - Repair or Replacement Service: 1
    - Overall Rating: 1

The crappiest service ever. I went two months without a refrigerator because they tried fixing it twice and finally had to replace it. My food spoiled and I was not reimbursed either!

- *PM, Charlottesville, VA* | 12/02/08, 1:41 pm | Rate this review: 👍 0  👎 0

Recently filed a claim for malfunction of a well pump in a home we own remotely in Manatee County, FL covered under our First American Home Warranty plan. Denial of claim was communicated to me by claims department and confirmed by two supervisors, namely, Sergio Estrada and Kathy Cotton. I felt my claim was unfairly denied, so I subsequently filed a complaint with the Insurance Division of the Florida Department of Financial Services. We have tenants in the property with several children so I have a legal responsibility as a landlord and an ethical responsibility as the homeowner to restore running water in a timely manner. After First American denied my claim, I had to go ahead and authorize the drilling company to make the necessary repairs. First American now cites as part of their defense to the Florida Department of Financial Services that we attained these repairs without authorization from First American. I followed proper procedue by notifying First American of a problem. First American dispatched a contractor of their choosing and then denied the claim citing damage was caused due to well pump running dry due to lack of water. It is inherently unfair to deny the claim, force the homeowner to make the repair, and then defend your original denial based on the making the repairs without their permission. During the dispute process, Nahun Espino (a claims evaluation specialist) contacted the drilling company after we made the repair and requested copies of our receipts. I found this out because since we paid for the repairs, the drilling company called to ask me permission to send the information. Not sure what to do since claim is in dispute, I called Nahun Espino to ask if that meant First American would be proceeding with honoring our claim. He said he needed the information for possible reimbursement and he was working diligently with the contractor to try and determine what happened. I quote from our denial letter "Also, per your service agreement under Important, "The Company will not reimburse you for services performed without prior approval". If my attainment of the necessary repairs subsequent to a preceding denial automatically precludes me from a remeedy, then why did the claims evaluation specialist continue to tell me they were pursuing possible reimbursement? If First American really wanted to know what happened to the well pump, they would have obtained a second opinion which is an option for them according to our contract. Citing our making the necessary repair as a primary reason for denial AFTER they already denied my claim is unethical and obtaining the documents to support this is deceptive. As far as the "lack of water" issue, a well pump is a physical mechanism that pulls the water out of the well; the pump itself does not run dry. Before the pump malfunctioned, we had adequate pressure in the home and immediately upon replacement of the pump, adequate pressure was restored. With the "lack of water" loophole in their contract, when is it possible then for a well pump to ever be covered? Obviously if the pump stops working you are going to temporarily have lack of water. Sorry for the ramble.

- *Kathy* | 12/03/08, 6:45 pm | Rate this review: 👍 0  👎 0
  - Customer Service: 1
  - Service Timeliness: 3
  - Repair or Replacement Service: 1
  - Overall Rating: 1

We just tried out our home warranty with FIRST AMERICAN HOME WARRANTY...

1. Problem: furnace not powering on.
2. Furnace contractor said he needed to scrub the burners, but didn't think this was covered.
2. We asked First American Home Warranty if scrubbing the burners was covered: First American Home Warranty said 'yes this service was covered'.
3. The furnace contractor completed the service and submitted his paperwork to First American Home Warranty. First American HW told the contractor that this service was NOT Covered.
4. We again called First American Home Warranty to ask about the coverage: First American HW NOW said this service was not covered, only if the burners were replaced!

- *PM, Charlottesville, VA* | 12/04/08, 12:47 pm | Rate this review: 👍 0  👎 0
  - Customer Service: 3
  - Service Timeliness: 1

**Exhibit A
Page 48**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- o Repair or Replacement Service: 1
- o Overall Rating: 1

re: previous comments some of the claims representatives are polite and helpful; but once you get to their "claims evaluation department" or "legal dept.", that's when calls are not returned, issues are manipulated, and loopholes are creatively constructed.

- o *CAM, Clinton, TN* | 12/09/08, 7:47 am | Rate this review: 👎 0 👍 0
  - o Customer Service: 3
  - o Service Timeliness: 2
  - o Repair or Replacement Service: 2
  - o Overall Rating: 2

We had our air-conditioning unit go out and called for repair. The service contractors they sent were 2 hours away. They installed parts that would have cost us several thousand dollars.

All went well until a few days later when water started to come through the ceiling. Apparently when they put the tray in the attic to catch the water it was not level and so the shut off valve did not kick on and water came through the ceiling. We had to have them come out and do the repairs, of which the owner of the service was very apologetic. However they were often very late from the promised time and when the person came out to replaster the ceiling he did not come, did a very bad job and eventually we paid someone in town to complete the plaster work for us - it saved money in the long run but it caused months of disruption and the worse part - we were in the process of selling our house.

- o *Kerri, Oceanside, Ca.* | 12/10/08, 2:30 pm | Rate this review: 👎 0 👍 0
  - o Customer Service: 1
  - o Service Timeliness: 1
  - o Repair or Replacement Service: 1
  - o Overall Rating: 1

The bank selling the foreclosure we bought included a home warranty for the first year as part of our contract. Our escrow company happened to be First American - so I imagine that's how we ended up with the First American Warranty. To keep things simple, I can attest to all the negative things said in this site as well as ripoffreport.com. My husband and I decided that we did not want to deal with them and the companies they send out and we are paying to replace our furnace on our own. They were going to send out a company with a BBB rating of F!! I called them to tell them about that and express my concerns and they didn't care since the company was licensed, insured, and bonded. We decided that it's not worth the stress and hassle to deal with them and their fraudulent excuses. Good luck to all who are financially forced to deal with them.

- o *robert siegel Marina del rey ca.* | 12/20/08, 2:54 pm | Rate this review: 👎 0 👍 0
  - o Customer Service: 1
  - o Service Timeliness: 1
  - o Repair or Replacement Service: 1
  - o Overall Rating: 1

In order not to repair or replace my heater. They claimed it was not maintained by a licensed professional Wanted proof. My maintenance was not good enough. I am a professional engineer!

- o *R B, Calabasas, CA* | 12/20/08, 5:18 pm | Rate this review: 👎 1 👍 0
  - o Customer Service: 1
  - o Service Timeliness: 1
  - o Repair or Replacement Service: 1

**Exhibit A
Page 49**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

- Overall Rating: 1

READ ON TO LEARN HOW I GOT PNEUMONIA BECAUSE OF THESE PEOPLE

What a joke! I can only imagine these guys are in trouble on account of the housing market. And, like all other loser insurance companies, the first thing they do is cut back on service and claims fulfillment.

I filed a claim with these jokers two weeks ago about my upstairs heater and have slept in 40 degree temperature ever since. They sent out a heating contractor after a week, and he told us there was a problem with the circuit board.

Well, while waiting for the guy to return with the part, which took more than a week, I developed what I though was a cold and later learned was pneumonia, all due to sleeping in near-freezing temperatures. I tried a space heater, and it blew all the circuits in my house, so that wasn't an option either.

When the guy ultimately returned he tried the new circuit board, to no avail. He tried to tell me that he needed yet another circuit board, and, of course, I blew up at him. How could it possibly be that they're both bad?! I told him to take a circuit board out of my home's other heather and see if that one worked in the broken heater. Sure enough, it didn't. Clearly, not a circuit board problem.

The guy ends up throwing his hands up and telling me he can't fix it and that his boss would need to come out. Well, I'm still waiting, and now I need to check into a hotel because sleeping here is no longer an option. So now I've got medical expenses and lodging expenses all due to these jerks.

Do you think those morons at American Home Warranty gave a crap? After 2.5 hours on hold waiting for various idiots there, they told me they were unable (more like unwilling) to call out another contractor. They're talking to a guy with pneumonia, all due to their negligence, and still they refused to make a move.

I hope these guys go bankrupt along with the rest of these loser insurance companies that treat customers like crap. Stay away from them. Don't be deceived by the name and logo that project an image of been-around-since-the-Mayflower. The truth under the hood is more like Mrs. Murphy's Warranty Company.

- *Paul Varian, Toney Alabama* | 12/22/08, 11:38 am | Rate this review: 0  0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

READ the fine print with this company. Once done you will find they really do not cover anything. They are masters of the delay tactic. Company HQ is in Vannuyes California I strongly recommend a Better Business Bureau review. They are very prompt at taking your money but if you want to just give your money away I can be prompt at taking it as well. Hot water heater has now been out for 3 weeks while the plumber and the insurance company "play the game" at my expense. $600 in "mandatory" upgrades for still no hot water after 3 weeks.

- *paul, Spring, TX* | 12/26/08, 4:40 pm | Rate this review: 0  1
  - Customer Service: 4
  - Service Timeliness: 4
  - Repair or Replacement Service: 4
  - Overall Rating: 4

I used this company on an older home and had 5-6 service calls over a 3 year period. the customer service

**Exhibit A**
**Page 50**

was good and follow up again pretty timely. We had one less than average experience w/the contractor but that is par for the course. All in all, the policy saved me thousands of dollars. I began shopping for another policy for a different (newer) home and after reviewing the other companies, decided to go back to first american.

- *LV, Nashville, TN* | 12/27/08, 9:36 pm | Rate this review: 👍 1 👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

All in the span of 3 months...hot water heater went out and they said it was not installed correctly, so nothing was covered - $1100. Beginning of December (highs in the 20's and 30's), heater/AC unit goes out and after 2 days, my repair was still not approved. When finally approved, it would take 6-10 business days to receive the unit at the repair office. This means AT LEAST 2 weeks before it is replaced. Also, if I used their co., there were $1100 in uncovered expenses. I said forget it, send me the cash payout. The amount they approved for the payout is $1730 (2 independent estimates I got were $4600). Independent co. had it replaced the same day. I requested payout on 12/06/08 and as of 12/27/08 I am still waiting on the check. I would cancel this policy if I could. Absolutely the biggest scam I have ever been a participant in.

- *Peggy Volenec* | 12/30/08, 5:52 pm | Rate this review: 👍 0 👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

"If you have a choice - DON'T GO WITH FIRST AMERICAN. Our dishwasher leaked. They sent out a contractor who we later learned put in the wrong part. We had paid our $55 fee for the service call. The dishwasher continued to leak and we called for service again (after we had been out of town for several weeks) and we found it was still leaking. A second service man came out (we paid another $55). He told us the part the first guy replaced was not a water seal at all but a bumper and that he'd order the correct part, which he did and it now works properly. I called First American to ask for our first $55 back. They said no because it needed to have been reported within 30 days of the first call. I explained that the guy put in the wrong part but that made no difference. I further argued that it was First American who chose the service man, not me, and therefore they should bear the expense of his mistake. By this time I had been transferred to a "Supervisor". The supervisor refused to refund my $55 so I asked to speak to a Manager. When I was transferred to the Manager's Voice Mail, I was disconnected prior to having the opportunity to leave a message. The entire experience on the phone took 56 minutes - 29 of which were spent on-hold to speak with the first customer service agent. I have given up at this point and simply want to warn others about this company.

- *S.Walston Collierville, TN* | 12/31/08, 12:28 pm | Rate this review: 👍 0 👎 1
  - Customer Service: 3
  - Service Timeliness: 4
  - Repair or Replacement Service: 4
  - Overall Rating: 4

I've been with this company for 3 years and have had several repairs made. Downstairs furnance, Downstairs Air Conditioning, Attic Fan, garage door opener, Running toilets. Overall, I'm fairly satisfied with the service I've received and have even recommended FA to a friend. I pulled up this website to review for my friend who is looking for a home warrantee company. I suspect that these ratings are somewhat skewed because only the people who had problems seem to be rating the companies....even

**Exhibit A**
**Page 51**

though anyone can post a comment. Basically these ratings are only based on "How Bad" was your experience.

I would be interested in seeing ratings which include the hundreds of positive experiences as well as the negative ones. The positive ones are just not here.

I still think that my $40 a month charge and $50 service call fee is fair and a good deal. Neither my husband nor I are the handy-man type and it gives us great piece of mind to know there's someone we can call to help. I've called at 1am before and spoke to a live person when my attic fan was making a horribly loud noise. The repair man called on a Sunday and wanted to come out the next day (Memorial Day holiday)at 7am to fix it for me. Without hesitating and with no questions asked...he installed a brand new attic fan.

We also got good service on our replacement downstairs air conditioner even though we had to wait for a part to come in and some disposal/upgrade/modification work was not covered by the home warrantee.

We got great service on our garage door opener. The repair was booked (and served by) with Sears repair service. I saw from other reviews that poorly skilled repairmen (F grade?)were used by FA but the Sears repair man was very knowledgeable, friendly, prompt and I highly doubt that he was a F-grade repairman.

Maybe it's just my area in TN that has a good FA department but I would bet that readers are just not hearing the other side of the story. There are happy, content customers out there. Am I crazy-in-love with FA?...No But I am a satisfied customer.

- *Mike, Winnetka, CA* | 01/02/09, 3:50 pm | Rate this review: 🖾 1 🖾 0
  - Customer Service: 2
  - Service Timeliness: 3
  - Repair or Replacement Service: 2
  - Overall Rating: 2

This company seems to be all about not paying out a valid claim. We had to have two guys out here before First American decided to pay out the claim. The contractors they usually have out are pretty pathetic. We have figured out which ones are decent to deal with and we have to make sure that we demand they send one of the good companies as opposed to the ones we have found out suck.

- *Mike, St. Louis, MO* | 01/05/09, 12:44 pm | Rate this review: 🖾 0 🖾 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

If you've read this far, then you shouldn't even question going with this company. This warranty came with the home we purchased so we had no choice on which company to go with. I regret having to contact them for service.

Even though the contract with this company states what they will and will not replace, they still fight you and try to get away with not doing anything. If you finally get them to approve the repair like they should, they only cover a small portion of it and not the full scope of work. Anything else is out of your pocket. It is at this time that you have the same terrible contractor providing you with an outrageous quote to complete the work not covered by the warranty company. Your only other option to getting screwed is to do the work yourself or beg to have another contractor complete the work for you.

I.E.; We had the shower valve leak within our walls. We finally got them to approve replacement of the valve system as it stated in their contract but they are refusing to tear out and replace the ceramic tile and drywall as required to complete the replacement. It's pathetic!

Every time you want to talk to them, expect to spend an hour on hold till the next rep is available.

- *Donald Green, Valley Village, CA* | 01/05/09, 5:17 pm | Rate this review: 👍 0  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Two and a half weeks after our central heating went out during some of the coldest weather in recent history, we are still waiting for First American and the contractor they sent out to stop passing the buck back and forth about a part needed for the repairs and actually get the heater fixed. Their one year contract is non-refundable, even on a pro-rata basis. You can be sure that we will not be renewing with them when our current contract is up.

- *Janet, San Diego, CA* | 01/10/09, 2:17 pm | Rate this review: 👍 0  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Let me start by saying...I really wish I could give this company a rating of zero(0) because I think a one(1) is too high. When we bought our house, First American was the warranty company that the seller picked. I now wonder if they hated us...because I wouldn't wish the quality of service this company provides on my worst enemy. ABSOLUTELY THE WORST SERVICE I HAVE EVER HAD!!! When you first call this company about a claim you're so glad you have this warranty and you think the problem will be fixed right away. It doesn't quite happen that way. My experience with First American lead me to believe...their policy it to deny, deny, deny...then, if you don't go away because of the denial of your claim they place you on hold for a very long time every time you call...and I'm not talking 15 or 20 minutes...no, I'm talking 45 minutes to an hour waiting on ignore (with no one checking to see if you are still there)...I don't even call it being on hold anymore...you are on IGNORE! (maybe they're hoping you'll just give up and hang up and they won't have to deal with you anymore)! This all started with a simple pool/spa claim...the pump motor burned out..I called on a Friday and the next Tuesday they sent a contractor out to look at it...he confirmed the pump needed to be replaced. Well, here we are over 3 weeks later and many phone calls put in and hours waisted on ignore and not to mention out $55 for the deductible we paid and all we have now is a swamp in our back yard where our beautiful pool used to be. After being denied because they considered the pump required to get it to code was an upgrade, then being denied because the cost of the repair was over their $ limit so they didn't want to cover it, and now being told they will cover it..several days ago they told me they're just waiting on an authorization code to go ahead with the repair...I would think it would take only a minute to do this...think again! I'M STILL WAITING!

- *Katie Powell, TN* | 01/14/09, 2:53 pm | Rate this review: 👍 0  👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 2
  - Overall Rating: 1

When I bought my condo, the heat went out immediately. I have gas heat. The contractor came out to look at it on a Thursday and said the part would be in on a Tuesday and he would be out to fix it. I heard nothing from him and I called repeatedly until I left so many messages that he finally called me back. Notice he didn't take it upon himself to call me. Anyway, he said the part didn't come in and it would be there on Wednesday and I said I had plans Wednesday but could he come on Thursday, he said there would be no problem with that. Thursday came and still no phone call, despite the fact I called him and

left him messages. Then I had to call the home office on Friday and I told this lady that it was rude of him not to even call. She had the nerve to say "ma'am there is no need in him calling if the part wasn't in." In my mind it's common courtesy to let people know that if you schedule a time to come out and can't, you should call and tell them. SILLY ME! I think that is sort of a given. Most of us work and can't lay around (in the cold) waiting on someone to stop by at their convenience. Anyway, I finally had to talk to her supervisor who promised me the contractor would go to the warehouse and get the part then would be out there Saturday. My feeling is, if you can just "go to the warehouse" how come you just don't do it? Anyway, that never happened. Finally the lady offered to buy me a heater which I didn't accept because I figured that would give them an excuse to take even longer, plus I had borrowed my cousin's heater. Finally my realtor called
First American and said this company got plenty of business from them and if they didn't fix it TODAY, that they would need to put me up in a hotel. Well wouldn't you know it? IT GOT FIXED THAT DAY! This took 2 weeks! Anyway, same thing is happening with my mom she has been without heat since Dec 23.

- *Gary Hafer Topanga, Calif* | 01/17/09, 4:36 pm | Rate this review: 👍 0 👎 0
  - Customer Service: 1
  - Service Timeliness: 3
  - Repair or Replacement Service: 1
  - Overall Rating: 1

Customer service is abysmal, multiple times we have been promised a First American rep would call back and they don't. Attimes we have waited weeks for service to be completed. As I write this I have been on hold 45 minutes waiting for arepresentative

- *MARK SPIERS, L.A. 90049* | 01/19/09, 4:56 pm | Rate this review: 👍 0 👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 5
  - Overall Rating: 1

I have had this warranty for over 18 years and canceled this year. I have always had problems with the customer service and very rude managers that really dont care(just give me your money) is what they are really saying. I had a plumbing problem and had 4 companies come out that said it was improper,no coverage for it. They then sent out the last company c-home which fixed it right there and then. I decided then not to use the home warranty anymore. Now i call this company and they come out with a very resonable price and get the problem fixed,and I do not have to hear the rude customer service or managers.

- *Carlos Garza, Houston, TX* | 01/20/09, 12:38 pm | Rate this review: 👍 0 👎 0
  - Customer Service: 1
  - Service Timeliness: 1
  - Repair or Replacement Service: 1
  - Overall Rating: 1

All I got were excuses and delays. I filed three service requests and NONE were 'approved'. Do not waste your money. This company is a fraud.

## Rate this company

_____
_____     Name, City, & State (required)
                            E-mail (will not be published, but required)

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

1. Please be objective and truthful when you post your reviews. Comments should be detailed, and respectful. Short or abusive reviews will be removed.

2. If you are just responding to a comment here, please DO NOT use rating option, instead just use the comments form.

3. We have detected and removed fake positive reviews posted by few warranty companies. If this behaviour is continued, we will blacklist your company. Please STOP doing it!

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Customer Service | (Poor) | ○ 1 | ○ 2 | ○ 3 | ○ 4 | ○ 5 | (Excellent) |
| Service Timeliness | (Poor) | ○ 1 | ○ 2 | ○ 3 | ○ 4 | ○ 5 | (Excellent) |
| Repair or Replacement Service | (Poor) | ○ 1 | ○ 2 | ○ 3 | ○ 4 | ○ 5 | (Excellent) |
| Overall Rating | (Poor) | ○ 1 | ○ 2 | ○ 3 | ○ 4 | ○ 5 | (Excellent) |

[Submit Comment]

**Exhibit A**
**Page 55**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

Low Rate Appliance
Repair
Free service call with
repair Servicing all of San
Diego County
www.lowrateappliancerepair.com

Home Warranty Plans
Protect Your Household
Appliances. Get Covered
Today! Free Quotes
HomeImprovementHub.com/Hom

Home Warranty
Visit us and See Our
Resources for First
American Home Warranty
plumbersurplus.com

Get Better Home
Warranty
All appliances
covered+27/4 service
Sign up for a Free quote!
BetterHomeWarranty.com

California Contractors
Free Online Quotes! -
Money Saving Report
www.contractorinsuranceexperts.c

Home Warranty Quote

- Appliance Protection Plan for less than $8 per month
- FREE Quote on Home Warranty
- AHS Discount through Wells Fargo

Polls

- 
  How often do you service home appliances?

    o ☐ Heater and A/C units annual inspection
    o ☐ Air Duct cleaning every 2 years
    o ☐ Change air filter regularly
    o ☐ Flush water heater regularly
    o ☐ Inspect for rotten wood and rusty metal surfaces
    o ☐ Refrigerators coil cleaning
    o ☐ I fix only when something is broken

1/21/2009 8:19 PM

**Exhibit A
Page 56**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

※Vote※

View Results

ᗄ Loading ...

- Polls Archive

Top Rated Companies

- The Warranty Group (Aon) (2.7)
- Old Republic Home Warranty (2.3)
- Fidelity National Home Warranty (1.9)
- Choice Home Warranty (1.8)
- HSA Home Warranty (1.7)

View Complete Listing

Popular Articles

- Home warranty buyers guide
- Do I need home warranty?
- How to pursue insurance claims
- Things you must know about home warranty

Recently Written

- Is home warranty an insurance? Not Quite
- Texas AG lawsuit against National Home Protection
- Home Warranty - selected user comments #3
- Home warranty coupons and deals
- Home Warranty Advice - selected user comments #2
- Home Warranties and FHA/VA financed homes
- Insurance Claims - Another way to pursue tough claims
- Home Warranty Advice - selected user comments #1

Articles Category

- Home Maintenance
- Home Warranties
- Home Warranty
- Home Warranty Advice
- Home Warranty Claims
- Home Warranty Companies
- Home Warranty Plans
- Home warranty quotes
- Home Warranty Rating
- Home Warranty Scam
- Homeowners Warranty
- Uncategorized
- WebDesign

**Exhibit A
Page 57**

First American Home Warranty | Home Warranty Reviews          http://www.homewarrantyreviews.com/reviews/first-american-home-wa...

Links

- Beginner Investing in Real Estate
- Bridging Loans
- Clean red widgets
- File Unemployment
- Mortgages
- Overseas Property
- Real Estate
- Sell House Fast
- Sell Rent Back
- Web Design Credits
- Wordpress Themes

About us | Terms of Service | Privacy | Legal | Contact Us
© 2009 homewarrantyreviews.com. All Rights Reserved.

Exhibit A
Page 58

# EXHIBIT B

Epinions.com - Posts In Home Buyers Protection          http://www1.epinions.com/msg/show_~threads/cat_Id_~24/Id_~2169/fo...

 Epinions.com

Join Epinions | Help | Sign In

| CARS | BOOKS | MOVIES | MUSIC | COMPUTERS & SOFTWARE | ELECTRONICS | GIFTS | HOME & GARDEN | KIDS & FAMILY | OFFICE SUPPLY | SPORTS | TRAVEL | MORE... |

Home > Message Boards > Personal Finance > Suggest a Forum > Home Buyers Protection

## Home Buyers Protection

**Posts on this Topic**               Search In Suggest a Forum [                ] Search
Showing 1-20 of 105 posts                        Page 1 2 3 4 5 6 - View all                    Next

Hide member images                          Print   Start a new topic   Post a Reply

| **nnorbur** | Original Post: Nov 29 '04, 2:23 pm | Reply |

Reviews written: 0
Member since: Nov 29 '04
                            Home Buyers Protection                          Post: 7695

Be very careful about buying home buyers Insurance. After renewing a plan that came with
my home, I found that First American home buyer protection Insurance did not cover most of
the problems we had.

---

| **mrisch** | Posted: Dec 01 '04, 6:18 pm | Reply |

Reviews written: 102
Member since: Feb 27 '00     which problems?                          Post: 7869
«MODERATOR» In
Personal Finance            Care to share any details of what was not covered?

We have American Home Shield, and are about to renew for a 4th year. With it, I have had a
furnace, a water heater, a gas leak, two sewer clogs, and a couple of other things fixed.

---

| **tdoloe** | Posted: May 04 '05, 11:55 am | Reply |

Reviews written: 0
Member since: May 04 '05     More Info requested                       Post: 16660

Please give me some specifics after making such a claim. I'm about to renew with those guys
and would like to know about your experiences.

td

---

| **mrisch** | Posted: May 10 '05, 7:53 am | Reply |

Reviews written: 102
Member since: Feb 27 '00     With American Home Shield?                Post: 17193
«MODERATOR» In
Personal Finance            If you mean with American Home Shield, It's simple. You go online or call and tell them the
problem. If It's covered, they send It out to a repairman, who calls you In a day (I always get
the Info and call the repairman first).

Then, they come out, fix the problem, and charge you the deductible. If it is a major Issue,
and they have to "upgrade", then you have to pay for the upgrades. When my furnace went
bad, a new furnace plus removal of the old and install was paid for. I had to pay extra to run
electrical end redo some ductwork, etc.

When my water heater went bad, they replaced the water heater and all connections, but I
had to pay for a special gas shut off valve required because my water heater Is nowhere near
a drain.

1 of 7                                                                1/21/2009 8:06 PM

**Exhibit A
Page 60**

| | | |
|---|---|---|
| **tdolce** | Posted: May 18 '05, 8:07 am | Reply |
| Reviews written: 0 | Extra Home Insurance | Post: 17828 |
| Member since: May 04 '05 | | |

It just sounds so scammy to me....I mean I just wonder if this is worth it in the long run. It sounds like you've had positive experiences,...but I just cannot get enough info about it online. In my head I can't help thinking of being over- insured with this,....

td

| | | |
|---|---|---|
| **mrisch** | Posted: May 20 '05, 2:45 pm | Reply |
| Reviews written: 102 | Close case... | Post: 18052 |
| Member since: Feb 27 '00 | | |
| ~~CHMODERATOR~~ in | | |
| Personal Finance | | |

I think it's a close case - if you took $360 per year and put it in a special account, you probably would come out even in the long run. All I know is that 2005 may be the first year that I don't use all of my $360 up.

| | | |
|---|---|---|
| **kathy059** | Posted: May 24 '05, 7:56 am | Reply |
| Reviews written: 0 | Home warranties are a legalized scam | Post: 18332 |
| Member since: May 24 '05 | | |

Home warranties are a scam and the insurance companies really need to be shut down. They use substandard, dishonest crooks as repair people. If you don't believe me, check out their contractors through the BBB. Secondly, they are determined to find anything and everything wrong, real or imagined, that the policy holder may or may not have done.

I'm bitter and determined to get some sort of accountability from these legalized scams. I've had an ac repairman file a full report of outright lies to First American causing them to deny a claim.

First American has a policy of not contacting the account holder when a complaint is filed against one of their chosen shoddy crocks. These insurance companies are in bed with all of their repair contractors and they're both profiting from victims who actually thought they were buying protection.

| | | |
|---|---|---|
| **tdolce** | Posted: Jun 01 '05, 8:31 am | Reply |
| Reviews written: 0 | I didn't re-sign | Post: 19100 |
| Member since: May 04 '05 | | |

Well,...I didn't re-sign. I've decided to go without it. We'll see. I just feel that if something goes wrong,..I have enough contacts now through the years to get a pretty fair shake at a good honest assessment and/or repair. I can see where others may want or need this,...so I won't be too quick to bash those with the contracts,...but it's bad enough that those Termite guys want an arm and a leg to spray once a year and set bait traps around my foundation. Unfortunately,...I'm stuck with that one. I mean why doesn't Bayer sell those bait things directly to the public? Man ,...oh manll!

td

| | | |
|---|---|---|
| **kellyob** | Posted: Jun 28 '05, 1:46 pm | Reply |
| Reviews written: 0 | First American Buyer's Warranty Stinks! | Post: 21531 |
| Member since: Jun 28 '05 | | |

A First American Buyer's Home Warranty came with our house at no cost to us. Lucky, because it has been worth nothing. Nothing that has gone wrong has been covered. But moreover, with a HVAC unit that needed repair, they were only going to pay 30% of the cost. We then tried to seek the cash out option, that was February, it is now June and no check has arrived after many, many phone calls. Don't do business with First American Home Buyer's.

**Exhibit A**
**Page 61**

Epinions.com - Posts in Home Buyers Protection          http://www1.epinions.com/msg/show_~threads/cat_id_~24/id_~2169/fo...

| | | |
|---|---|---|
| foleydog | Posted: Jun 29 '05, 10:25 pm | Reply |
| Reviews written: 4<br>Member since: Apr 08 '01 | **First American Home Buyer's Protection doesn't cash out** | Post: 21650 |

I agree with the last post. They said they'd cash out in January -- then wanted to pay me only a small part of THEIR quoted cost for replacing a faucet -- saying that the contract specifies they only have to pay me what they'd pay the contractor. It doesn't say that and dozens of phone calls -- three today -- has yelded nothing. I had a bad experience with American Home Shield with my last house and I was pressured by my realtor to have the seller buy this plan. Don't waste your money on this. So far with two houses -- nothing has been covered (except doorbell wire) -- and they send out dozens of 'technicians' and nothing gets fixed. Funny though, when I hire someone to come out -- things get fixed right away.

| | | |
|---|---|---|
| lrpaul | Posted: Jul 01 '05, 8:42 pm | Reply |
| Reviews written: 0<br>Member since: Jul 01 '05 | **RE: With American Home Shield?** | Post: 21840 |

How did you manage that? I have an American Home Shield warranty on a house I bought in Memphis. When the air conditioner went out, I had to wait 4 days for a tecnichlan. When I said I could get someone to make the repair that day, I was told I would not be reimbursed because the delay was "within their guidelines". 4 days with no AC in Memphis in July!) He reported to AHS that someone had already done repairs on the unit (which was untrue and unsubstatiated) and that it had been improperly maintained (it had been cleaned just two months earlier by a licensed air conditioner technician). They denied my claim.

When I spoke to a customer service manager I was told that I could get a second opinion. Of course they couldn't guarantee when they could get someone out to look at it or that they would ever cover the repair, and if the second guy reported the same problem, I would have to pay for a second service call.

They would also only give me one company for the second opinion. I asked for another in case the first one they gave me was unavailable. They said I could call back (and wade through their phone menu for a third time).

These people have really mastered the art of stalling. Clearly, their goal is push people to the point of exhaustion so they'll just give up and pay for repairs themselves (which is what I did).

I'm glad that someone has gotten satisfactory service out of their warranty, but I won't be renewing mine.

| | | |
|---|---|---|
| jjfourwhlr | Posted: Jul 08 '05, 10:22 am | Reply |
| Reviews written: 0<br>Member since: Jul 08 '05 | **First American Home buyers Scam** | Post: 22258 |

I have to agree that First American is the biggest scam. I am currently in the process of filing a complaint with the Better Business Bureau against this company and the contractor that has come out. I can tell you that if you can get a second opinion, go for it. I have a written statement from service technician that stated I needed a new control board for my built in microwave (which is covered). The company denied my claim because the report they received from the company stated that the light bulb was just burnt out and that it needed to be replaced. My Microwave, dishwasher, and oven don't work right, and when I try to get them repaired, they look for the easy way out. The tech wouldn't fix my dishwasher because he said he saw some sediment from the water and that is not covered. Since when has sediment kept a washer from operating properly? I cleaned the sediment and my dishes still won't dry and the washer still doesn't run right. All my appliances are Sears Kenmore limited Edition's and are only 5 years old. I know they are good appliances that just need some service and will last for a long time, but this company will do anything not to fix it. Just my opinion

| | | |
|---|---|---|
| tdolce | Posted: Jul 08 '05, 1:08 pm | Reply |

1/21/2009 8:06 PM

**Exhibit A**
**Page 62**

Reviews written: 0          Thank Goodness !!                              Post: 22480
Member since: May 04 '05

Yeah,..now I'm glad I didn't re-sign!!! I live in Memphis and I recently purchased this house that had the insurance. They sent me no less than 15 reminders in the mail (which is a definate red light) and now that the deadline lapsed, they have called me and left messages probably no less than 8 times (always during dinner hour. It's quite simple to figure this out. If they were legitimate,..they would know that we "need" them and they wouldn't have to pester us to re-sign. You might get one reminder and that's it. You snooze you lose. But these guys need me and have been begging for money ever since the contract was close to expiring. I'm so thankful that I didn't pay them!!!!!

nazqui          Posted: Jul 12 '05,  9:23 am                             Reply

Reviews written: 0          American home shield                         Post: 22820
Member since: Jul 12 '05

I recently had a 2.5 ton payne heat pump installed,they only put in a new outside unit and did not change the fan coil (evaporator coil) in the furnace in the house.Since this was done it does not cool my house at all,the contractor says it has an undersize blower motor,but I feel it is because they did not change the coil inside,do you have any info that may be helpful,the blower motor worked fine with the old carrier air conditioning unit. The unit is able to cool the air 20 degrees from the return to the output but does not seem to move enough air now.Will run constantly and only cool the house maybe one or two degrees over 12 hours.... I have spoken with 2 hvac techs and they say putting a new heat pump together with a 35+ year old evaporator coil is not supposed to be done.... American home shield says that contractor says blower motor too small and that they do not pay for upgrades,I can have 2nd opinion but I have to use thier 2nd contractor and if he agrees with 1st tech I will be billed 50.00 and no further claim will be submitted. I have had this ongoing battle since 6-5-05 and still no air conditioning,I opened up a report wiuth the Pennsylvani attorney general and they are looking into it but nothing on that front yet. This company tries everything possible not to pay a claim.Be very cautios.

joyway58          Posted: Jul 12 '05,  12:28 pm                            Reply

Reviews written: 0          FIRST AMERICAN HOME BUYERS PROTECTION          Post: 22845
Member since: Jul 12 '05

ALWAYS INSIST ON A FIRST AMERICAN HOME BUYERS PROTECTION PLAN. I have bought and sold many homes and most of the home warranties that came with my house were not worth the paper they were written on. FINALLY, I found one worth the money,..FIRST AMERICAN!
In my area it cost me $359.00 and I only have to pay a $45.00 deductible. My Heat Pump literally "blew up" the day a home inspector was here to do an inspection for the buyers of my home. Thankfully I had opted to get the additional "Seller's Coverage" that covered the heating/cooling components too during my listing period for 6 months. I called First American and within 60 minutes a contractor had called me, came out the next morning, repaired my unit beautifully, and we were able to keep the closing date in tact. That was 4 years ago. I am friends with the buyer and she has had them out numerous times since and is very happy with their service. I have them on the home I purchased as well and so far have had drains worked on, bathroom plumbing done, received a new dishwasher, hot water tank, and new disposal. I will ALWAYS INSIST ON FIRST AMERICAN HOME BUYERS PROTECTION. They are a huge cut above all the rest! From what I understand now about warranties, none of them take care of pre-existing conditions so be sure to have a home inspection done. It will help back up your claim should you have one after moving in. I am very satisfied with this company and recommend them.

joeparis          Posted: Jul 18 '05,  11:50 am                            Reply

Reviews written: 0          American Home Shield                          Post: 23362
Member since: Jul 18 '05

The sellers provided this "insurance" when I purchased our home. Calling the service line I was automatically placed on hold. After 30 minutes when I was finally able to begin talking to someone about our refrigerator problems, I was transferred to a line with a busy signal. I called back and held for another 20 minutes before giving up. I called the renewal number

**Exhibit A**
**Page 63**

which was answered on the first ring by a courteous person.

I went to a search page and typed in "American Home Shield scam" and found many comparable accounts of questionable treatment and unexpected service fees. I will not be renewing this service.

camelina                    Posted: Jul 24 '05, 1:04 pm                    Reply

Reviews written: 0          RE: American home shield                    Post: 23756
Member since: Jul 24 '05
                            In response to post by nazgul on 7/12/05 -- the situation you describe is almost identical to the situation I am currently involved in with AHS -- unit replaced, coil not replaced (20 yrs old), unit now not cooling (in TX in the summer!). Been battling now for almost 3 months. Has your situation been resolved? Can you offer any advice? Out of desperation I am considering turning it over to an attorney.

customer5                   Posted: Jul 25 '05, 10:08 am                    Reply

Reviews written: 0          American Home Shield not good over long-term                    Post: 23821
Member since: May 07 '05
                            Our experience with American Home Shield has been that while they may cover some items quite helpfully, there is a great deal of frustration associated with them. That doesn't mean they are a scam outfit at all, but that the outfit may cause more frustration than it's worth.

                            Early on, they did replace a water heater that went bad in our new house, and that seemed like a great draw to stay involved with them, so we renewed a few years in a row. These early experiences left me thinking that there may be some value in having this kind of service in the first year after buying a house.

                            On the other hand,in most subsequent repair situations, we have found working with them to be terribly frustrating.

                            First, realize that they don't cover a lot of stuff, and from the customer perspective there is no rhyme or reason to what they do or do not cover except that quite often, they don't cover things that are costly (surprised?).

                            Additionally, if one uses AHS, that means calling them for repairs, then waiting potentially long periods of time for them to locate "approved" contractors, and then (ultimately) finding out that the repairs are (frequently) not covered, i.e. at that point, the so-called "benefit" of AHS is (a) delayed service, and (b) paying for the repair yourself anyway.

                            The delays in obtaining emergency work are potentially quite serious.

                            We lost A/C on a Saturday night. Outside it was 90+ with a heat index >100 degrees. I called American Home Shield Sunday morning, and while their automated system gave the name of a reputable A/C company, the company didn't notify me until 11 am Monday that they could not come until Tuesday afternoon. At that point, with my wife exhausted and my 2-year old at some risk, I was desperate to find an outfit that could come in Monday.

                            When I spoke with American Home Shield, they responded that while they did not really regard our situation (100+ heat index, 99 degrees temperature, 2 year old child ) as an emergency, they would promote us to "emergency" status anyway, in violation of their own rules. In theory this promotion was good because it meant that if they could not find someone in 2 hours, we could call someone.

                            Unfortunately my prior experience with "emergency status" (when the water went out) I learned that they CAN'T find someone in a 2-hour time frame. Since I knew that calling around in the mid-afternoon for emergency service would set us up for further delays, I asked if I could "help" and start calling repair outfits right away and AHS said "no."

                            This meant that we were stuck with a choice between (a) waiting for AHS to (maybe) find a repair service or (b) shouldering the cost ourselves so that we would have A/C in the middle of a heat wave. Obviously we picked the latter. The key is to realize that this company does

not have the level of concern for your home and house and family that you are likely to have when something essential (A/C, refrigerator, water) stops functioning. They have internal rules that are meant to assure some kind of response to every complaint but they can't meet their own standards, and even if they could, that would still likely mean significant aggravation for you.

My recommendation is "be very careful". AHS is not dishonest, it is just a pain in the kiester.

| khutchens | Posted: Jul 26 '05,  12:58 pm (Updated: Aug 04 '05,  8:37 pm) | Reply |

Reviews written: 0
Member since: Jul 26 '05

**FIRST AMERICAN HOME BUYERS PROTECTION, THEIR BRAND NEW**      Post: 23934
**REPLACEMENT REFRIGERATOR BROKE DOWN AFTER 12 HOURS**

7/11/2005: My 25 year old refrigerator died.
7/12/2005: Placed a claim with First American Home Buyers Protection.
7/14/2005: Service technician declared the refrigerator dead.
7/22/2005: A brand new Kenmore refrigerator was delivered to my home. It ran beautifully for 12 hours.
7/23/2005: The new refrigerator stopped working during the night. I contacted a claims specialist who said she would prepare a recall work order.
7/24/2005: I spoke to a second claims specialist who suggested I call an 800 number at Sears. She provided me with a "ship order" number to assist Sears in locating the information in their computer. Sears could not help me without a "sales check" number which they said could be provided by First American. I called First American back and spoke with a third claims specialist who said that he would immediately email the woman handling my claim and have her contact me. He provided me with her name and telephone extension, and assured me that I did not need to make any further calls, that everything from here on out would be handled on their end.
7/25/2005: I called First American to get an update and spoke to a fourth claims specialist who said that a work order was going to be faxed to my original service technician. She said it would be handled immediately.
7/26/2005: At 8:00 a.m., I called First American again to get an update and spoke with a fifth claims specialist who asked me if I had called Sears yet. Upon advising her of what the third claims specialist had told me, she stated that I would have to just wait until their purchasing department decided what should be done with my case. She had no idea of how many hours or days or weeks this might take. I left three voice messages today with the individual who is supposed to be personally handling my claim, to no avail. It has been 15 days (minus the 12 hours that the new refrigerator did function) that we have been without a refrigerator. I might add that at no time during the past 15 days did anyone from First American Home Buyers Protection actually call me. Every phone communication that I had with them was initiated by me. Here is the classic case of the right hand not knowing (or caring) what the left is doing.
7/26/2005: As of 6:00 p.m., I have still heard nothing from First American Home Buyers Protection.
7/27/2005: I received no contact from First American today. I located an email address and emailed First American the exact information, word for word, that I have in this post. I then called the 800 number provided by a kind person who posted here beneath me. The young lady with whom I spoke had no idea how to help me. She turned me over to her supervisor who sounded very unsure of himself as he spoke with me, but indicated that according to his computer, First American IS aware of my situation, and will remove the non-functioning new refrigerator and replace it with another new refrigerator within 3 to 5 business days.
8/1/2005: The new non-functioning Kenmore refrigerator was picked up by a Sears delivery service.
8/4/2005: Day 26 of this fiasco. A brand new Maytag refrigerator was delivered to our home. The delivery man advised me that he only delivers --- he does not install. He pulled the cardboard carton off the refrigerator, but after that I was on my own. I had to pull off all the packaging tape from both the exterior and interior, level the refrigerator, and install the handles on my own. Upon reading the shipping & delivery print-out, I saw that "full installation" was to have been included. To add insult to injury, the refrigerator is 1/4 inch too tall to fit into its designated space (a situation which is my problem to resolve according to the wording of the contract). Was all this grief worth the money that I possibly saved. I don't believe so. Will I renew with First American Home Buyers Protection? I think not.

| noahs | Posted: Jul 27 '05,  11:39 am | Reply |

Exhibit A
Page 65

Epinions.com - Posts in Home Buyers Protection          http://www1.epinions.com/msg/show_~threads/cat_Id_~24/id_~2169/fo...

| Reviews written: 0 | **No thank to AHS** | Post: 23975 |

Member since: Jul 27 '05

I will absolutely refrain from having any future dealings with American Home Shield and their home warranty service.

I have literature from AHS that indicates "American Home Shield service professionals are among the most trustworthy you can find. That's because we've singled out capable repair specialists in your area...."

Yeah right.

By my count, we have had four repair companies dispatched to our home by AHS. Under the term of the AHS agreement, they assign the repair company.

One of those dispatched companies has had 11 complaints filed against them through the BBB in the past 12 months. Another of those companies has an unresolved complaint with the BBB and, per the BBB website, "declined to participate in BBB arbitration despite having been pre-committed to do so at the time of this complaint."

The third company that AHS selected has only been a member of the BBB since May of 2005 and they have one unresolved complaint within the past 12 months. That company is currently rated a solid "D" on the local Angie's List.

Finally, the AHS contract (which they do not deviate from) stipulates that a repair company only needs to contact you within 48 hours (work week). If you call (like I did) on a Friday at 5 pm, they do not need to have someone to your residence until Tuesday PM. We went four long days without a/c waiting for their assigned repair company to show. I could have had a reputable local HVAC company at our house Monday by 1 pm (and probably could have had someone out over the weekend). Call AHS and they said no. We had to wait for their assigned company.

It's been a joke. I've gone out of pocket rather than to deal with AHS customer service people.

Buyer beware, if you feel that you need home warranty coverage, I would try to find another company besides AHS.

Hide member images                                    Print    Start a new topic    Post a Reply

Showing 1-20 of 105 posts              Page 1 2 3 4 5 6 · View all                        Next

Return to top

Help | Member Center | Message Boards | Site Rules | User Agreement | Privacy Policy | Site Index | Topic Index
About Epinions | Careers | Contact Epinions | Advertising

Epinions | Shopping.com | Rent.com | Free Classifieds

Shopping.com Network

© 1999-2008 Shopping.com, Inc. Trademark Notice

Epinions.com periodically updates pricing and product information from third-party sources,
so some information may be slightly out-of-date. You should confirm all information before relying on it.

of 7                                                                      1/21/2009 8:06 PM

**Exhibit A**
**Page 66**

Epinions.com - Posts in First American Home Buyers Protection?          http://www1.epinions.com/msg/sec_~forums/show_~threads/cat_id_~24...

 **Epinions**.com
a shopping.com company

Join Epinions | Help | Sign In

| CARS | BOOKS | MOVIES | MUSIC | COMPUTERS & SOFTWARE | ELECTRONICS | GIFTS | HOME & GARDEN | KIDS & FAMILY | OFFICE SUPPLY | SPORTS | TRAVEL | MORE... |

Home > Message Boards > Personal Finance > Suggest a Forum > First American Home Buyers Protection?

## First American Home Buyers Protection?

**Posts on this Topic**          Search in Suggest a Forum [        ] [ Search ]

Showing 101-120 of 125 posts   Previous          Page 1 2 3 4 5 6 7 - View all            Next

Hide member images                                      Print | Start a new topic | Post a Reply

---

**ben_there2**                   Posted: Nov 09 '07, 1:57 pm                    Reply

Reviews written: 0                                                        Post: 159984
Member since: Nov 09 '07      First American Home Buyers Protection Corp.

Beware First American Home Buyers Protection Corp.
Paying Claims doesn't bring in profit.
You are bucking a system that makes money by getting your premium without paying claims.
Over 1000 claims filed against them with better business bureau.

Check out this website http://www.ripoffreport.com
Just type in First American Home Buyers Protection Corp.

FA and their (contractors?) are scam artists to rip you off. Insure yourselves and hire your own contractors! Get the job done right!

---

**proto2**                        Posted: Nov 21 '07, 2:19 pm                    Reply

Reviews written: 0                                                        Post: 160845
Member since: Nov 21 '07      home buyers protection, not

Add me to the list of those taken by first american

My heat worked for a month, then it stopped. They sent a technician out to check on things, and sure enough, it was a pre-existing condition.

A policy from First American Home Buyers Protection Corp is any thing but home protection. You would be better off to save the money and use it to pay for the repair if something goes wrong.

I do not understand how something can work for a month and then be classified as a pre existing condition.

---

**janetten**                      Posted: Dec 01 '07, 2:19 pm                    Reply

Reviews written: 0                                                        Post: 162282
Member since: Dec 01 '07      RE: Home Warranties

Is there a class action lawsuit against First American Homebuyers? I am not a litigious individual, but I can tell you that this company cost us our plumbing business. Not only do they control what they pay their contractors, but they certainly don't want anyone to know this! Much of it is designed so that you pay your annual fees, and the "Service fee" to the contractor. The company is truly hoping that the service fee that you pay to the contractor will be the end of the billing, as they don't want to pay out at all. Contractors are expected to use the cheapest parts possible. We were often called out on second opinions, following other "plumbing" companies who frankly went in, did nothing and collected a service fee. We learned that many contractors just have a "body" at minimum wage show up for the appointment. We soon learned why they did that; it keeps them in business! The good,

---

of 8                                                                   1/21/2009 8:03 PM

honest contractors could never possibly win doing business with this company! First American require mountains of paperwork from the contractors for tiny invoices, and that the contractor call in status reports. Well, you can never get through to a real person (the line is always busy) and if you leave a message, it sort of "gets lost",...then they send you a letter attached to your invoice telling you that they are not going pay you because you never gave them status on the job! This happened to us on countless occasions until we literally went out of business! They just move on to another company. That's only one example of what goes on!

| | | |
|---|---|---|
| **mswspeak** | Posted: Dec 07 '07,  1:50 pm | Reply |
| Reviews written: 0<br>Member since: Dec 07 '07 | mswspeaks | Post: 163286 |

Dec7/08--First American-what a nightmare!
Our realtor suggested that we might want to buy this policy as the home was 15-20 yrs old. I have since called and told him that before he recommends this company again he'd better look at the documentation of their poor service record.
We lost our hot water and heating system on a Sat am-after my husband had surgery on Friday. Our hot water and heating pilot would not stay lit-without manually lighting it. My husband could not get down to light it and I could not reach where it needed to be lit. Thank God, for our son and my brother. On that Sat, we finally limited ourselves to lighting it twice a day.
The calls to First American were too numerous on that first Sat. We explained over and over about my husnband's surgery--etc etc.,to no avail. Finally, I lost my temper and threatened to call my congressman to a supervisor. We then got an authorization# for the work to be done by an outside source as the two sources that we were given did not respond nor (I learned later on) did they work on this type of system. It appeared that First American knew those facts after talking to both companies that were recommended. Remember, my authorization # was suppose to work- not so!! It appears that the outside contractor was then jerked around" to get another authorization. The whole process took two weeks and we both got ill-my husband seriously so--imagine that!!-surgery, cold water, no heat, who'd guess!!
This is the 3rd time we have had problems with First American. I feel like a fool!! We kept the insurance because of this hydronic hot water heating system BUT I am sending in a COMPLAINT to the Dept of insurance-Steve Polzner's office,...www.insurance.ca.gov or you can use the consumer hotline 1-800-927-4357.
I was lucky to find the outside contractor who was a gem. He had worked for them before on these units and it appeared that First American knew this fact. Why they didn't just give us the right company to begin with is such a ripoff. Thank God this guy was willing to help us w/a number of tricks just to keep it working for the 2 wks..including checking out the heavy gas smells.
Please file a complaint where it will do some good. When I called the person did know of the company and suggested that I might want to wait to file the complaint until I got the problem resolved. The outside contractor also suggested the same idea as First American can pull the authorization # and stop the work!

| | | |
|---|---|---|
| **icbengeloune** | Posted: Feb 13 '08,  10:01 pm | Reply |
| Reviews written: 0<br>Member since: Feb 13 '08 | First am not very reliable | Post: 172475 |

I just found this page about First American..mmmmmm Lets just say they do not have 90% satisfaction rating I Were do you or they get there facts ?
Any way, I had them in 2004-2005 they were really bad.
I went with another company that was even worse,.this led me back to First American.
So the choice is between terrible and bad........mmmm

They have gotten better however I still feel it's a big scam because they do not cover most expensive work that needs to be completed..
i.e They will pay for a $250 water heater but fail to pay for the up grades and all the extra cost that end up more around$700
They have very miss leading wordy contracts and make a lot more then they put out.
When we sign up and pay money to this company we are depending on them to bring only honest, trust worthy legit companies but when the company pads all the cost and makes a list of extra things need that are not needed.

**Exhibit A**
**Page 68**

> They don't protect the client they say sorry this is what we can offer.
> Its not really worth it they don't care about the customer really but hay this is the America we
> live in..

| | | |
|---|---|---|
| **icbengeloune** | Posted: Feb 13 '08,  10:02 pm | Reply |
| Reviews written: 0 | | |
| Member since: Feb 13 '08 | first am not very reliable | Post: 172476 |

I Just found this page about First American..mmmmmm Lets just say they do not have 90%
satisfaction rating I Were do you or they get there facts ?
Any way, I had them in 2004-2005 they were really bad.
I went with another company that was even worse..this led me back to First American.
So the choice is between terrible and bad.......mmmm

They have gotten better however I still feel it's a big scam because they do not cover most
expensive work that needs to be completed..
i.e They will pay for a $260 water heater but fail to pay for the up grades and all the extra cost
that end up more around$700
They have very miss leading wordy contracts and make a lot more then they put out.
When we sign up and pay money to this company we are depending on them to bring only
honest, trust worthy legit companies but when the company pads all the cost and makes a list
of extra things need that are not needed.
They don't protect the client they say sorry this is what we can offer.
Its not really worth it they don't care about the customer really but hay this is the America we
live in..

| | | |
|---|---|---|
| **rknplmr** | Posted: Apr 04 '08,  7:33 pm | Reply |
| Reviews written: 0 | | |
| Member since: Apr 04 '08 | first american BS | Post: 179418 |

I have been doing plumbing for FA for over 20 years even before FA it was Ticor. They used
to be a great company and frankly because I am one of the few plumbers that give honest
service to the customers I keep the customers even after the policy is expired.

What I am seeing now is FA gives most of the work to the cheapest contractors first, these
cheap contractors keep their "cheap status" by lying to the customers and claiming "Improper
Installation" "not normal wear and tear" so they bill out a small service call to FA and then
charge the customer retail for the repairs OR if the customer disputes it they will send us as a
second opinion then we find out it is covered and they pay us their cheap flat rate to make
the repairs alot of the time it costs me money. I find this happening more and more. Some
of these companies will charge 65.00 for non covered "vent modification" on a water heater
that involves no more than unscrewing a screw and screwing it in again.

These contractors blatently lie, the customers complain, some of us contractors complain
and FA does nothing about it.

I'm almost to the point of dropping them as a vendor BUT I do look at it as an avenue of
advertising my service and we do get a large volume of repeat customers that were FA
customers. I actually have some that have been using us since 1990. To this day I still dont
play the game the other guys play as I would rather make less and have a good reputation
than make a fortune and have a bad one. All I can say is when a FA contractor says "not
covered" request a second and third opinion if needed and make them pay for what is
covered.

Honest Plumber who works for FA

| | | |
|---|---|---|
| **rknplmr** | Posted: Apr 04 '08,  8:13 pm | Reply |
| Reviews written: 0 | | |
| Member since: Apr 04 '08 | FA | Post: 179421 |

by the way, water heaters dont cost 250.00.....more like 500.00 now a days, This is what we
charge for upgrades....vent modification (not just removing a screw) 40.00, earthquake

brackets 65.00, smitty pan 80.00, haul away 50.00, gas flex and valve 65.00. FA buys most of the Wh's for the contractors and we have to pick them up at no charge to them. They pay from 90.00 to 120.00 for installation, I charge anywhere from 225.00- 300.00 for installation retail So you can see why we charge for any "non covered" costs. But you have to look at it another way, we charge 1295.00 for a 50 gallon wh installed with everything which is avg in SO. CAL with our AQMD spec expensive Wh's so if you pay 300-350 bucks you are getting a deal.

But like I said in my last post, a lot of the contractors are liars. An ex employee who rents had a WH replaced by FA at his landlords expense, The "big" company down here charged him 385.00 in "non covered" expenses, one of which was the 65.00 for removing and replacing a screw in the vent
they also said the earthquake straps were not installed properly and needed to be moved 2 inches, they left them exactly how they were previously but charged 125.00 for the "modification" They didn't know the tenant was a former home warranty plumber for 20 yrs. They also charged a T&P modification for a huge amount of money which took 5 minutes and a 50 cent part.

I dont work for free but I will never rip off a customer, when a customer refuses the extra costs, the warranty company will "cash them out" at the cheapest price they have on file even from a contractor that doesn't work for them anymore at 2-3 years ago prices and the policy holder will find they cant even buy the item for the "parts and labor" price the HW company offers them.

| | | |
|---|---|---|
| rknplmr | Posted: Apr 05 '08, 11:52 am | Reply |
| Reviews written: 0<br>Member since: Apr 04 '08 | cancel<br><br>cancel | Post: 179489 |
| fasucks | Posted: Apr 18 '08, 11:37 am | Reply |
| Reviews written: 0<br>Member since: Apr 18 '08 | First American is a fraud. | Post: 181420 |

This company is terrible.

My wife and I spent five months (21 phone calls, four letters and countless other documents) trying to claim reimbursement on our furnace.

It wasn't until we threatened Daniel Langston, the company's president, with litigation and a grievance with the California Department of Insurance that someone actually moved forward on processing our claim.

I would suggest anyone who has a contract with this Van Nuys, Calif.-based company to drop their contract NOW!

Langston is a member of a number of regulatory boards, but those regulations, apparently, do not pertain to First American.

If you are looking for someone to work with at the company, I would suggest Oscar Arrechea in the Claims Evaluation Department. His phone number: 888-955-4415 ext. 3651.

You may also reach Daniel Langston at 818.781.5050. I would give out his home address—he's a graduate of California Lutheran University and resident of Ventura County— but I think that's a bit over the line.

| | | |
|---|---|---|
| baongan | Posted: Apr 28 '08, 2:32 pm | Reply |
| Reviews written: 0<br>Member since: Apr 28 '08 | They hire suck plumber | Post: 183000 |

I am having problem with plumbing. The pipe from kitchen is being blocked some where between the disposal and the basement. I called them last Wednesday and they assigned the job to a 'company' that I had to call him on Thursday. He is an old man (>70) working alone, and not capable to get any job done. He came to my house and only use clog opener (chemical) to pour into the pipe, but this case will need to open the pipe and use electric snake or some equipment to blow the clog
I called them again and again but it seems I am going to add my name in the negative list

| | | |
|---|---|---|
| **disgruntled197** | Posted: May 22 '08,  2:43 pm | Reply |

Reviews written: 0
Member since: May 22 '08

**First American has no Heart**                                                          Post: 188438

I'm glad I found this site, I will gladly join any class action suits out there. Talk about an efficient system of putting you off, wearing you down, and increasing the frustration level.
My wife is 7 months pregnant and we have been without AC in Houston, TX for over a week in 90+ degree heat. Its very hard on her and is killing me! She is looking to me to handle the situation, and there is an endless loop of non-action. Do not purchase this warranty! - It is not insurance and is not regulated.
They blantantly input false information, and delete any information that would be favorable to your claim on their records.
They have a very well formulated system of how not to get anything accomplished for their customers. If anyone recieves a call back from one of their representatives they should play the lottery immediately.
Does anyone know how to file with the BBB, - they're of course not listed.
I just want to help anyone else from suffering the frustrations of dealing with this company. Their actions border/are on criminal.

| | | |
|---|---|---|
| **killp** | Posted: Jun 09 '08, 12:17 pm | Reply |

Reviews written: 0
Member since: Jun 09 '08

**First American, report to BBB**                                                          Post: 189146

We should all report them to the BBB, I already did. It's easy, just google better business bureau, and go to the part about filing a complaint. Type in their name, your zip, and you can see that their rating is actually not that bad. So the more people on this site that submit complaints to the BBB, the higher chance that their rating will really plummet and real estate agents will stop using them. That's the other thing, go to your real estate agent and tell them your troubles with this company, they need to stop using them as well.
I could tell you my story, but it's the same as everyone else's. They also use contractors that do not affiliate or report with the BBB, like the HVAC company we are dealing with now. They just yelled at me and hung up.

| | | |
|---|---|---|
| **pattyrone** | Posted: Jun 09 '08, 11:26 pm | Reply |

Reviews written: 0
Member since: Jun 09 '08

**First American Home Buyers Protection Waranty is a joke!!**                                   Post: 189227

I am a first time customer of First American (3/17/08).I have had the most horrendous experience that a new customer should not have to encounter with the first service call request. My situation is unique in that the AC/Htg company that First American sent out (Hartford Services - Houston, Texas)damaged my unit. Hartford's service repairman accidently screwed in the wrong size screw as he was pulling my AC cover back on thus puncturing my condenser coil. I immediately called Hartford's owner and he stated that the puncture would have to be welded closed. To make a long story short it is June 9th and I still have not gotten my AC repaired.
I am being passed from one rep to the other to no avail. I have experienced almost all of the previously stated tactics & customer complaints.
I would love to join a class action suit. Anybody out there know of one?

Pat Tyrone
pat-lewis @sbcglobal.net

**Exhibit A
Page 71**

Epinions.com - Posts in First American Home Buyers Protection?    http://www1.epinions.com/msg/sec_~forums/show_~threads/cat_id_~24...

Pat Tyrone
pat-lewis@sbcglobal.net

| | | |
|---|---|---|
| mrisch | Posted: Jul 18 '08, 3:49 am | Reply |
| Reviews written: 102 Member since: Feb 27 '00 &%MODERATOR%& in Personal Finance | RE: First American Home Buyers Protection Waranty is a Joke!! bump | Post: 195177 |

| | | |
|---|---|---|
| natgur | Posted: Aug 06 '08, 11:02 pm | Reply |
| Reviews written: 0 Member since: Aug 06 '08 | RE: First American Home Buyers Protection Waranty is a Joke!! | Post: 197761 |

I currently have an issue with FA and I'm wondering what to do about it.

Our A/C went out. I call FA, they send a contractor, who says the condensing unit needs to be replaced. He points out some damage to the coils and says this isn't normal wear and tear, and that it will therefore not be covered. Cost to replace: $2.8K.

I thought I'll get my own second opinion and/or cheaper quote, so I called another contractor. He also says it needs to be replaced, but clearly states it's because of old age (it's probably the original unit installed with the, built in '68. Either way, the model has been discontinued 20+ years ago).

So I call back FA and ask for THEM to send a second opinion. They guy comes, and also says it's because of old age. I call back several days later to see what he told them. This time I'm told it won't be covered because of improper installation. They told me something about the unit being installed without a base (it DOES have a concrete base).

Is it possible to deny a claim because of improper installation, when the unit has worked for at least 20 years? More than the average life span for such a unit?

Am I wrong? Most importantly: What can I do next?

Thanks to all!

| | | |
|---|---|---|
| wash0ut16 | Posted: Aug 21 '08, 6:23 am | Reply |
| Reviews written: 0 Member since: Aug 21 '08 | First American-Cancelling Soon | Post: 198978 |

I agree with everyone, and I now wish I had researched ratings and opinions of this company BEFORE I switched from American Home Shield to First American. I only switched because the monthly payments were a little cheaper. Well, I have learned, if something is cheaper, there is usually a reason. It is really worth less than the competitors. I have been put on hold for over an hour at times, and almost every time, I request that a specific contractor not be hired, and they hire him anyways, I wait 48 hours, and that horrible contractor calls me. I waited over 2 months to have my dishwasher repaired, I waited over a month to have my refrigerator repaired. It is now my A.C., and I called a week ago, it was looked at. I called a week later to confirm with First American that it would be replaced, and they said "we are sending a fax now", I called Thursday (today), and they say, there is no fax.

This is what I have learned when it comes to "working the system" with First American. When, you talk to a claims resolutions specialist, and they say "I will fax it." You tell them, "I will wait on hold while you fax it. When it is faxed, you can verbally tell me as so." When they confirm the fax, you ask the name of the representative. If you are told, "I will go ahead and re-dispatch this for you." Tell them, "I will wait on hold as you do that. When you find a contractor, please give me the contact information." Then, you can reassure that they give you a "GOOD" contractor. I usually get the contact information and call the contractor myself, it's quicker that way.

American Home Shield is the best. I never had any of these issues, I never had to do any

**Exhibit A
Page 72**

work (like I mentioned above). If you do not have any current problems in your home, Cancel First American and get American Home Shield. I am cancelling myself once my A.C. finally gets repaired. Then, I am quickly goin back to American Home Shield.

With First American, you will waste A LOT of time and eventually money.

| | |
|---|---|
| **wash0ut16** | Posted: Aug 21 '08, 6:35 am (Updated: Aug 21 '08, 6:43 am)      Reply |
| Reviews written: 0<br>Member since: Aug 21 '08 | **Response to User: Homeowner's posting**          Post: 198079 |

I know that some of our negative opinions regarding First American put you in the defense and forced you to write your recent posting. But, if you are trying to keep customers, your response did not do so. You made your customers out to be ignorant consumers who obviously have no clue what they are talking about. The reason we feel this way is because most of us know how other home warranty companies are running. Every home warranty should run the same, hire the best contractors, send out contractors efficiently, provide the best customer service, and resolve claims as quickly as possible. If your company is not doing that for most of your customers, then they will most likely not be happy. American Home Shield provides this quality and exceeds the expectations of a home warranty with every claim I have made through them. Your customers will slowly begin cancelling their services, and then those people that are there trying to make a living may lose their jobs, because of the lack of customers the company possesses. The quality of service has to get better, or there will be an undeniable fate for this company. Review your business, your ratings, your customer service, your efficiency with resolving claims and try to make some changes. It is the only way that there will be more positive postings regarding your company on websites such as this.

| | |
|---|---|
| **riverman1** | Posted: Aug 23 '08, 5:28 am      Reply |
| Reviews written: 0<br>Member since: Aug 23 '08 | **Failure to Honor Contract**          Post: 199153 |

I have been working to get an AC unit function for well over 8 weeks. First technician reported the unit was beyond repair. Sales rep calls another tech to look at the unit. Second tech says the unit needs to be cleaned. The unit continues to fall. The second tech is asked to return only to install a new breaker. The unit continues to fall. Sales rep tells me she can no longer help me and refers me to another representative. I have yet to talk live with the other sales representative. The unit continues to fall. I feel that I have been scammed by group of professionals.

| | |
|---|---|
| **edgeatshort** | Posted: Aug 29 '08, 1:14 pm      Reply |
| Reviews written: 0<br>Member since: Aug 29 '08 | **RE: First American Home Buyers Protection?**          Post: 198876 |

First American Home Buyers Protection is a complete waste of money, a scam, frauds, unethical and have no customer service. Do not sign up, or if you did cancel the contract, They are frauds and deal with unethical fraudulent contractors. Specifically, we had our a/c checked by three different contractors on three different dates. Contractor one said the air filter was dirty but fact is it wasn't but it cost us $55.00. Contractor two said compressor unit was dirty, fact is it wasn't, cost us $55.00. Miller A/C,Contractor three after feeling cold air coming from underneath the house(without inspecting anything) stated to us the duct work is probably leaking at the connections. Miller a/c did not inspect any duct work underneath the house, even stated I don't crawl in the dirt. BUT, Miller A/C filed a claim with FA that the duct work was rotted and had holes in it. Miller A/C Contractor lied to us and lied to FA, took our check and cashed it right away. What a move, no inspection, but takes the money and runs...He even quoted us $2000 to replace a $69.00 plastic duck if we wanted him to do the job wow what business practice making $1930.01 profit.When I contacted claims 4 times and stated we wanted a $55.00 refund because Miller A/C did not diagnose anything, committed fraud. FA stated no but offered to send another a/c contractor for a $55.00 fee, So in the end a total of 2-3 weeks without air in 90 plus temperature, all the while paying $55.00 service fees we cancelled. FA does not offer any significant,valuable or worthwhile financial assistance in home repairs.,FA does absolutely nothing but profit from home owners contract fees...

Exhibit A
Page 73

Epinions.com - Posts in First American Home Buyers Protection?          http://www1.epinions.com/msg/sec_~forums/show_~threads/cat_id_~24...

Hide member images                                    Print    Start a new topic    Post a Reply

Showing 101-120 of 125 posts   Previous          Page 1 2 3 4 5 6 7 - View all                    Next

Return to top

Help | Member Center | Message Boards | Site Rules | User Agreement | Privacy Policy | Site Index | Topic Index
About Epinions | Careers | Contact Epinions | Advertising

Epinions | Shopping.com | Rent.com | Free Classifieds

Shopping.com Network

© 1990-2008 Shopping.com, Inc. Trademark Notice

Epinions.com periodically updates pricing and product information from third-party sources,
so some information may be slightly out-of-date. You should confirm all information before relying on it.

Exhibit A
Page 74

EXHIBIT C



**First American Home Buyers Protection Corporation**
A Member of The First American Family of Companies

**California Plans Now Include:**
Lack of maintenance, sediment, rust & corrosion, and much more.

Basic Buyer's Coverage: **$270**
Condominium/Townhome/Mobile Home *Still* **$235**
Service Fee *Still Only* **$55**



## Why Should You Choose First American?

Since 1984, First American has been providing expert service and quality care to millions of satisfied customers.

Our on-going commitment to Service, Value and Integrity has made us a leader in the industry.

Last year alone, First American responded to nearly 900,000 service requests and saved homeowners over $121 million dollars in home repair costs.[A]

As a subsidiary of First American Corporation, a Fortune 500 company, we have the financial strength and stability to honor our commitment to you.

## FAQ's

*Q: What types of property are covered?*
A: Property types include: single-family homes, condominiums, townhomes, mobile homes, multi-unit and new construction homes.

*Q: What is covered in my plan?*
A: You have several options to choose from to best suit your specific needs. This sample contract will outline your choices.

*Q: What is a service call fee?*
A: This is the fee you pay to the service technician who goes to your home when a covered item fails.[B]

*Q: Am I covered for unknown conditions?*
A: Unknown conditions are covered if, at the time coverage begins, the defect or malfunction is not known or could not have been reasonably observed by looking at or operating the system or appliance.[C]

*Q: Am I covered for systems and appliances which malfunction due to lack of maintenance, rust or corrosion, or chemical or sedimentary build-up?*
A: Yes.[D]

We'll be happy to answer any further questions you may have. Just call us at:

**800.444.9030**

[A] ...
[B] ...

## How to Use Your Plan

1. Call us or go online anytime a covered item fails: www.FirstAm.com/warranty 1.800.992.3400.

2. Once we receive your service request, we will have a local service technician call you to arrange a convenient day and time to go to your home and diagnose the problem. At the time of the appointment, you'll pay the technician the service fee that applies to your plan.

3. We will follow-up with you to make sure you are satisfied.

**Exhibit A**
**Page 77**



## Protect Your Investment & Enjoy Your Home

From the very first day your coverage begins, your budget and home will be safe-guarded against costly, unexpected expenses for repairs and replacements on many of your home's most critical systems and appliances.™

## Save Time, Energy & Money

No more hassles searching the yellow pages for a reputable contractor you can trust. Anytime a covered item fails, simply go to our website at www.FirstAm.com/warranty or call us at 800-992-3400 to request service. We'll send one of our pre-screened, certified, service technicians to your home to take care of the problem. You can feel comfortable about who's coming into your home and you can get back to enjoying the more important things in life.

# FIRST AMERICAN,
## YOUR HOME WARRANTY SOLUTION

### Cost Comparison for Repairs/Replacements on Major Systems & Appliances

| Items | Repair/Replacement costs without a Home Warranty | Cost with a First American Home Warranty |
|---|---|---|
| Heating System | $130 - $3,500 | $55 |
| Water Heater | $115 - $1,500 | $55 |
| Dishwasher | $95 - $1,250 | $55 |
| Air Conditioning | $130 - $4,000 | $55 |
| Oven/Range | $110 - $2,700 | $55 |
| Kitchen Refrigerator | $110 - $3,800 | $55 |
| Plumbing | $85 - $7,500 | $55 |
| Electrical System | $85 - $2,500 | $55 |

### First American

**Phone Applications:**
800-444-9030

**Fax Applications:**
800-772-1151

**Mail Applications:**
P.O. Box 10180
Van Nuys, CA 91410-0180

**Service Department:**
800-992-3400

**Online Services:**
www.FirstAm.com/warranty

# FIRST AMERICAN
## HOME WARRANTY PLANS

## BASIC PLANS FOR BUYER

| | |
|---|---|
| Single-Family Home | $270 |
| Condominium/Townhome/Mobile Home | $235 |

## VALUE PLUS PLANS ($35 SAVINGS)
Includes basic coverage, air conditioning and First Class Upgrade.

| | |
|---|---|
| Single-Family Home | $365 |
| Condominium/Townhome/Mobile Home | $330 |

## MULTIPLE UNITS
Not available for new construction.

| | |
|---|---|
| Duplex | $430 |
| Triplex | $545 |
| Fourplex | $660 |

## NEW CONSTRUCTION COVERAGE
Covers years 2-5.

| | |
|---|---|
| Single-Family Home/ Condominium/Townhome/Mobile Home | $455 |

# OPTIONAL COVERAGE

Seller's optional coverage available when basic buyer's and seller's coverage is selected. Buyer's optional coverage is available when basic buyer's coverage is selected.

## FOR SELLER

| | |
|---|---|
| Single-Family Home Basic Plan Condominium/Townhome/ Mobile Home Basic Plan | $.74 day $.64 day |
| Air Conditioning/Ductwork | $.16 day |

## FOR BUYER and/or SELLER

### FIRST CLASS UPGRADE

| | |
|---|---|
| Buyer | $70 |
| Seller | $.19 day |

## FOR BUYER

| | |
|---|---|
| Central Air Conditioning (Electric, includes evaporative cooler) | $60 |
| Pool and/or Spa Equipment | $135 |
| (No additional charge if separate equipment) | |
| Clothes Washer/Dryer | $75 |
| Kitchen Refrigerator (includes built-in) | $45 |
| Washer/Dryer/Kitchen Refrigerator ($15 Savings) | $105 |
| Additional Refrigerator (Per unit) | $25 |
| Well Pump | $85 |
| Sewage Ejector Pump | $25 |
| Septic Tank Pumping | $25 |
| Limited Roof Leak Coverage | $85 |

| | |
|---|---|
| **Service Call Fee** | **$55** |

Call 1-800-444-9030 for quote on homes over 5,000 sq. ft., 5-10 units, guest homes, and optional coverage pricing for new construction homes and multiple units. See contract for coverage details.

Phone: 800.444.9030  |  Fax: 800.772.1151  |  Service: 800.992.3400  |  P.O. Box 10180, Van Nuys, CA 91410-0180  |  Web: www.FirstAm.com/warranty

## NEW! (COVERED IN BASIC PLANS)

Lack of maintenance
Sediment
Rust & corrosion

## FIRST CLASS UPGRADE

Includes 33 more items not covered in basic plans plus:
Improper installations
Mismatched systems
Crane coverage
Hydrojetting of plumbing lines
Freon recapture, disposal, reclaim
Haul-away
Permits ($250 per occurrence)
Code upgrades ($250 per contract)

## BASIC COVERED ITEMS

Ductwork *
Heating
Attic and Exhaust Fans
Ceiling Fans
Plumbing (includes polybutylene piping)
Plumbing Stoppages
Heat Pump
Water Heater
Oven/Range/Cooktop
Built-In Microwave
Dishwasher
Garbage Disposal
Trash Compactor
Whirlpool Bath Motor & Pump Assemblies
Door Bells
Electrical System
Telephone Wiring
Garage Door Opener
Instant Hot Water Dispenser
Circulating Pumps
Pressure Regulators
Toilet Tanks and Bowls
Sump Pumps
Pest Control Service
Central Vacuum System

\* Optional seller's coverage for an additional charge.

## APPLICATION

### PROTECTING YOUR HOME MADE SIMPLE

Confirmation # _____

Please give your client a sample contract. Contract will be sent to the buyer upon receipt of payment by First American.

## 1. COMPLETE YOUR HOME WARRANTY CONTRACT INFORMATION

(Single-family residence under 5,000 square feet)

1. Street Address to be covered _____

Unit # _____ City _____ State _____ Zip_____

2. Real Estate Company Name _____

Phone _____ Fax _____ Agent _____

3. Other Broker Company Name (if applicable) _____

Phone _____ Fax _____ Agent _____

4. Closing Company Name _____

Phone _____ Fax _____ Est. Close Date _____ File # _____

5. Buyer's Name_____ Seller's Name_____

## 2. CHOOSE YOUR DESIRED COVERAGE & OPTIONS FOR YOUR PROPERTY

Call 1-800-444-9030 for quote on homes over 5,000 square feet, 5 - 10 units, guest homes, and optional coverage pricing for new construction homes and multiple units.

### BASIC PLANS FOR BUYER

| | |
|---|---|
| Service Call Fee | $55 |
| ☐ Single-Family Home | $270 |
| ☐ Condominium/Townhome/Mobile Home | $235 |

#### VALUE PLUS PLAN ($35 SAVINGS)

Includes basic coverage, air conditioning and First Class Upgrade.

| | |
|---|---|
| ☐ Single-Family Home | $365 |
| ☐ Condominium/Townhome/Mobile Home | $330 |

#### MULTIPLE UNITS

Not available for new construction.

| | |
|---|---|
| ☐ Duplex | $430 |
| ☐ Triplex | $545 |
| ☐ Fourplex | $660 |

#### NEW CONSTRUCTION COVERAGE

Covers years 2-5.

| | |
|---|---|
| ☐ Single-Family Home/ Condominium/Townhome/Mobile Home | $455 |

### OPTIONAL COVERAGE

Seller's optional coverage available when basic buyer's and seller's coverage is selected. Buyer's optional coverage is available when basic buyer's coverage is selected.

#### FOR SELLER

| | |
|---|---|
| ☐ Single-Family Home Basic Plan | $.74 day |
| ☐ Condominium/Townhome/ Mobile Home Basic Plan | $.64 day |
| ☐ Air Conditioning/Ductwork | $.16 day |

#### FOR BUYER and/or SELLER

FIRST CLASS UPGRADE

| | |
|---|---|
| ☐ Buyer | $70 |
| ☐ Seller | $.19 day |

#### FOR BUYER

| | |
|---|---|
| ☐ Central Air Conditioning (Electric, Includes evaporative cooler) | $60 |
| ☐ Pool and/or Spa Equipment (No additional charge if separate equipment) | $135 |
| ☐ Clothes Washer/Dryer | $75 |
| ☐ Kitchen Refrigerator (includes built-in) | $45 |
| ☐ Washer/Dryer/Kitchen Refrigerator ($15 Savings) | $105 |
| ☐ Additional Refrigerator (Per unit) | $25 |
| ☐ Well Pump | $85 |
| ☐ Sewage Ejector Pump | $25 |
| ☐ Septic Tank Pumping | $25 |
| ☐ Limited Roof Leak Coverage | $95 |

## 3. SIGN & SEND IN OR FAX        TOTAL: _____

I DESIRE the home warranty coverage and options I have marked above.
I DECLINE the benefits of this coverage. I agree not to hold the above real estate company, broker and/or agents liable for the repair or replacement of a system or appliance that would otherwise have been covered by this plan.

Signature_____ Date_____

Phone Orders: 800.444.9030 | Fax Orders: 800.772.1151 | Mail Orders: P.O.Box 10180, Van Nuys, CA 91410-0180 | Service: 800.992.3400 | Web: www.FirstAm.com/warranty

# First American **Home Warranty Sample Contract**

**SHOULD YOU NEED SERVICE PLEASE READ YOUR COVERAGE CAREFULLY** and then place your claim at www.FirstAm.com/warranty or by calling (800) 992-3400. It is helpful to have your contract number, make and/or model of covered item, and complete street address available. You will pay the $55 service call fee when the technician arrives at your home.

**IMPORTANT**

This contract covers only the items mentioned as covered and excludes all others. Items must be in good safe working order at the start of coverage. Items must be installed for diagnosis and located within the perimeter of the main foundation of the home or garage (except Well Pump, Septic Tank Pumping, Sewage Ejector Pump, Air Conditioning and Pool/Spa Equipment). This contract provides coverage for unknown defects if the defect or malfunction would not have been detectable to the buyer, seller, or agent through visual inspection or simple mechanical test. This contract provides coverage for systems and appliances which malfunction due to lack of maintenance, rust or corrosion, or chemical or sedimentary build-up. Coverage is only provided for malfunctions which occur and are reported to First American Home Buyers Protection (Company) during the term of this contract. You must call us for service prior to the expiration of this contract. The Company will not reimburse you for services performed without approval.

**TIMING OF COVERAGE**

*Optional Seller's Coverage* and *Seller's Options* (if elected) start upon receipt of application or confirmation number by Company and continues until expiration of the initial listing period not to exceed 180 days or until close of sale or listing cancellation (whichever is first). Optional Seller's coverage may be extended at the discretion of the Company.

*Buyer's Coverage* starts upon payment at close of sale and continues for one year.

*Buyer's Coverage* for new construction starts one year after the close of sale and continues for four years from that date.

*Payment is due at close of sale and must be received by Company within 30 days of close of sale. Offer for future coverage is at the sole option of the Company.*

**BASIC CONTRACT COVERAGE**

The following items are covered by this contract for the buyer when payment is made at close of sale and for the seller when optional seller's coverage is ordered. We show examples of items "not covered" to assist your understanding of the contract. It is also important to review Limits of Liability.

**PLUMBING**

- Leaks and breaks of water, drain, gas, vent or sewer lines.
- Valves: shower, tub, diverter, angle stop and gate valves.
- Toilet tanks, bowls and mechanisms (replaced with white builders standard as necessary).
- Circulating hot water pump. • Pressure regulators.
- Permanently installed sump pumps within perimeter of main foundation or garage (ground water only).
- Whirlpool bath motor, pump, and air switch assemblies.

**Not Covered:** *Fixtures, faucets, filter, shower head, shower arm, shower enclosure and base pan, caulking and grouting, septic tank, hose bibbs, flow restrictions in fresh water lines, water conditioning equipment, sewage ejectors, saunas or steam rooms, whirlpool jets and fire suppression systems.*

**NOTE:** Coverage for diagnosis, access, repair or replacement of heating systems utilizing steam, heated water, glycol, items located in or below a concrete slab, and items encased in or covered by concrete is limited under this contract to a maximum of $1,000 in the aggregate.

**PLUMBING STOPPAGES**

- Clearing of stoppages in drain, vent and sewer lines to 125 feet of point of access where accessible ground level cleanout is existing, except;

**Not Covered:** *Stoppages caused by roots, collapsed or broken lines outside the main foundation, access to drain or sewer lines from vent, costs to locate, access or install a ground level cleanout and removal of water closets.*

**HEATING**

- Radiators • Motors • Heating elements
- Printed circuit boards • Vent blower assembly • Burners
- Gas valve • Heat pump • Baseboard convectors
- Heat exchangers • Hydronic circulating pumps
- Gas, electrical, oil furnaces • Switches, wiring and relays
- Thermostats and thermostat sub-base

**Not Covered:** *Auxiliary space heaters, filters (including electronic air cleaners), registers, fuel storage tanks, heat lamps, fireplaces and key valves, humidifiers, baseboard casings and grills, chimneys, flues and vents, outside or underground components and piping for geo-thermal and/or water source heat pumps, well pumps and well pump components for geo-thermal and/or water source heat pumps, cable heat (in ceilings), grain, pellet, or wood heating units (even if only source of heating).*

**NOTE:**
- Coverage for diagnosis, access, repair or replacement of heating systems utilizing steam, heated water, glycol, items located in or below a concrete slab, and items encased in or covered by concrete is limited under this contract to a maximum of $1,000 in the aggregate.
- Coverage for heat exchangers which fail during optional seller's coverage is limited under this contract to a maximum of $500 in the aggregate.

**WATER HEATER (includes tankless water heaters)**
- Gas or electric • Gas valve • Tank leaks
- Drain valve • Control thermostat and thermocouple
- Heating elements • Temperature and pressure relief valve

**Not Covered:** *Holding or storage tanks, solar equipment, fuel storage tanks, flues and vents.*

**ELECTRICAL**
- Wiring • Plugs • Switches and fuses
- Conduit • Circuit breakers (including ground fault) • Telephone wiring
- Junction boxes • Door bells (includes wiring) • Panels and sub panels

**Not Covered:** *Intercom, fixtures, alarms, inadequate wiring capacity, sensor, relay, low voltage, tinned circuits, phone jacks, wiring which is the property of the phone company, audio/video/computer/intercom/alarm or security cable or wiring.*

**NOTE:** Coverage for diagnosis, access, repair or replacement of heating systems utilizing steam, heated water, glycol, items located in or below a concrete slab, and items encased in or covered by concrete is limited under this contract to a maximum of $1,000 in the aggregate.

**KITCHEN APPLIANCES**
- Oven/Range/Cooktop: All parts and components, except;

**Not Covered:** *Knobs, racks, dials, rotisserie, door glass, lights, handles, interior lining, magnetic induction units and meat probe assemblies.*
- Dishwasher: All parts and components, except;

**Not Covered:** *Racks, rollers and baskets.*
- Garbage Disposal: All parts and components.
- Microwave Oven (Built-in only): All parts and components, except;

**Not Covered:** *Knobs, racks, rotisserie, removable trays, door glass, lights, handles, clocks, shelves, interior lining and meat probe assemblies.*
- Trash Compactor: All parts and components, except;

**Not Covered:** *Lock/key assemblies, knobs and removable buckets.*
- Instant Hot Water Dispenser; All parts and components.

**GARAGE DOOR OPENERS**
- Switches • Capacitor • Motor • Push arm
- Track assembly • Receiver unit • Carriage

**Not Covered:** *Doors, hinges, springs, remote transmitters, adjustments, and units not meeting current safety standards.*

**CENTRAL VACUUM SYSTEM**

**Not Covered:** *Hoses and accessories which are removable.*

**NOTE:** The Company is not responsible for gaining access or closing access to floors, walls or ceilings to locate the malfunction or to effect repair or replacement.

**ATTIC AND EXHAUST FANS**
- All parts and components.

**CEILING FANS**
- All parts and components, except;

**Not Covered:** *Light kits and remote transmitters.*

**PEST CONTROL SERVICES**

- Ants (except Carpenter variety)  • Spiders   • Clover Mites  • Millipedes
- Silverfish    • Pillbugs   • Centipedes   • Earwigs    • Sowbugs
- Mice      • Roaches   • Crickets   • Ground Beetles

*Not Covered: Termites, fungus and wood destroying organisms, flying insects, fleas, ticks, carpenter ants, rats, any pests not specifically listed above are covered.*

**ADDITIONAL COVERAGE FOR BUYER & OPTIONAL COVERAGE FOR SELLER**

The buyer is covered for the following items when payment is made at close of sale.

*NOTE FOR SELLER:* If this optional coverage is elected, the Company will pay up to a combined maximum limit of $1,000 during the seller's coverage period for Central Air Conditioning (Ducted) and Ductwork.

- **DUCTWORK**

- Ductwork from the heating unit to the connection at register or grill.

*Not Covered: Grills and registers, insulation, dampers, collapsed or crushed ductwork, ductwork damaged by moisture, ductwork where asbestos is present, costs for inspections, locating leaks in ductwork, diagnostic testing of ductwork when required by any federal, state or local law, regulation, or ordinance, or when required due to installation or replacement of any system equipment.*

*NOTE:* Coverage for ductwork repair or replacement is limited under this contract to a maximum of $1,000 in the aggregate.

**OPTIONAL COVERAGE FOR BUYER AND SELLER**

The buyer is covered for the following items when additional payment is made at closing.

*NOTE FOR SELLER:* If this optional coverage is elected, the Company will pay up to a combined maximum limit of $1,000 during the seller's coverage period for Central Air Conditioning (Ducted) and Ductwork.

*NOTE FOR BUYER:* The home buyer may purchase optional coverage up to 60 days from the effective date. Such coverage will not become effective until payment is received by the Company, and coverage will expire upon expiration of the basic contract coverage term.

For new construction coverage, the home buyer may purchase optional coverage at any time during the contract term for brand new items, Such coverage will not become effective until payment is received by the Company, and coverage will expire upon expiration of the basic contract coverage term.

**FIRST CLASS UPGRADE**

The following items that are not covered without the First Class Upgrade Option are covered when this option is ordered and paid for.

- Plumbing: Faucets (replaced with chrome builders standard), shower head and shower arm, hose bibbs, toilets (replaced with like quality up to $600 per occurrence).
- Plumbing Stoppages: Hydrojetting if stoppage is unable to be cleared with cable.
- Heating: Registers, grills, filters, heat lamps.
- Microwave Oven (Built-in only): Interior lining, door glass, clocks, shelves.
- Air Conditioning: Filters, registers, grills, window units (applies only when air conditioning option is purchased).
- Trash Compactor: Removable buckets.
- Smoke Detector: Both battery operated and hardwired.
- Oven/Range/Cooktop: Rotisseries, racks, handles, knobs, dials, interior lining.
- Garage Door Openers: Hinges, springs, remote transmitters.
- Dishwasher: Racks, baskets, rollers.
- The Company will cover fees associated with the use of cranes or other lifting equipment required to service roof-top air conditioning units (when air conditioning option is purchased) and heating.
- Where local building permits are required prior to commencing replacement of appliances, systems, or components, the Company will pay up to $250 per occurrence for such local building permits. The Company will not be responsible for replacement service when permits cannot be obtained.
- The Company will pay costs related to freon recovery, reclaim and disposal if required, and the removal of an appliance, system, or component when the Company is replacing a covered appliance, system, or component.
- The Company will repair or replace a system or appliance that was improperly installed, modified or repaired, or was not properly matched in size or efficiency at any time prior to or during the term of this contract provided the system is not oversized relative to the square footage of area being cooled or heated. In the event that a covered mismatched system or improper installation, modification or repair is in violation of a code requirement, Limited Code Upgrade* applies.
- Limited Code Upgrade*: The Company will pay up to $250 in the aggregate under this contract to correct code violations when effecting approved repairs or replacements. The Company may, at its option, pay the contract holder in lieu of performing the work.

**CENTRAL AIR CONDITIONING (Ducted)**

- Refrigeration System (includes heat pump)

Condensing unit   Thermostats    Compressor    Motors    Freon lines    Coils
Liquid and suction line dryers    Fuses, breakers, disconnect boxes and wiring
Valves (including thermostatic expansion valves)    Air handling unit

- Evaporative Cooler

Pump     Casing    Motor    Belts and pulleys    Float-assembly

- Built-in Electric Wall Units

*Not Covered: Condenser casings, registers, grills, filters (including electronic air cleaner), gas air conditioners, window units, underground or outside piping and components for geo-thermal and/or water source heat pumps, humidifiers, cooler pads, roof jacks or stands.*

*NOTE:* If the Company determines that the air conditioning unit must be replaced, the Company will replace the unit with a unit that meets current federal, state and/or local government efficiency standards and replace any covered component, as well as the plenum, indoor electrical, air handling transition, and duct connections necessary to maintain compatibility with the replacement unit, including the installation of thermostatic valves.

**OPTIONAL COVERAGE FOR BUYER**

The buyer is covered for the following items when additional payment is made at closing.

*NOTE FOR BUYER:* The home buyer may purchase optional coverage up to 60 days from the effective date. Such coverage will not become effective until payment is received by the Company, and coverage will expire upon expiration of the basic contract coverage term.

For new construction coverage, the home buyer may purchase optional coverage at any time during the contract term for brand new items, Such coverage will not become effective until payment is received by the Company, and coverage will expire upon expiration of the basic contract coverage term.

**POOL / SPA EQUIPMENT**

- Heating unit   • Filter   • Pump   • Timer   • Pump motors   • Bearings
- Valves    • Seals and gaskets   • Pool sweep motor and pump
- Impellers, switches and relays    • Above ground plumbing and electrical

*Not Covered: All cleaning equipment, including pop up heads, turbo valves, pool sweeps, liners, lights, structural defects, solar equipment, inaccessible components, jets and fuel storage tank, disposable filtration medium, chlorinators, ozonators and other water chemistry control equipment and materials, waterfalls, ornamental fountains and their pumping systems, heat pumps.*

- **CLOTHES WASHER AND DRYER**

- All parts and components, except;

*Not Covered: Plastic mini-tubs, soap dispensers, filter and lint screens, knobs and dials, venting, damage to clothing.*

- **KITCHEN REFRIGERATOR**

- All parts and components, except;

*Not Covered: Insulation, racks, shelves, handles, lights, interior thermal shells, food spoilage, stand alone freezers and refrigerators located outside kitchen area.*

*NOTE:* Coverage for diagnosis, access, repair or replacement of kitchen refrigerators which contain more than one compressor is only available under this optional coverage item and is limited under this contract to a maximum of $5,000 in the aggregate.

- **ADDITIONAL REFRIGERATOR**

- All parts and components, except;

*Not Covered: Insulation, racks, shelves, handles, lights, ice makers, ice crushers, beverage dispensers and their respective equipment, interior thermal shells, food spoilage, refrigerators which contain more than one compressor and stand alone freezers.*

*NOTE:* May only be purchased when Kitchen Refrigerator option is purchased.

- **WELL PUMP (Limited to one well pump per home)**

- All parts and components of well pump utilized exclusively for domestic use, except;

*Not Covered: Well casings, booster pumps, piping or electrical lines, holding, pressure or storage tanks, redrilling of wells, damage due to lack of water, tampering, well pump and well pump components for geo-thermal and/or water source heat pumps, improper installation, access to repair well pump system.*

**SEWAGE EJECTOR PUMP**

- All parts and components of sewage ejector pump, except;

*Not Covered: Flushes and any costs associated with locating or gaining access to or closing access from the sewage ejector pump.*

NOTE: Coverage for repair and/or replacement of the sewage ejector pump is limited under this contract to a maximum of $500 in the aggregate. Coverage is limited to one pump per contract.

LIMITED ROOF LEAK COVERAGE

• Leaks caused by rain to tar and gravel, tile, shingle, shake and composition roofs over occupied living areas will be repaired as long as leaks are caused by normal wear and tear and the roof was in good, water tight condition at the start of coverage. If replacement of the existing roof, in whole or in part, is necessary the Company's liability is limited to the estimated cost of repair of the leaking area only, as if the repair of that area were possible.

Not Covered Roof leaks caused by or resulting from: roof mounted installations, metal roofs, improper construction or repair, missing or broken materials, skylights, patio covers, gutters, drains, downspouts, scuppers, chimneys, and defects in balcony or deck serving as a roof. Routine periodic maintenance is not covered by this contract.

Company will direct a technician to contact you for an appointment or, at its option, may authorize you to contact a technician directly. If you are authorized to contact a technician directly, you will be given a spending limit established by the company. Secondary or consequential water damage is not covered by this contract.

NOTE:

• Service delays frequently occur during the first rains of the season or in heavy storms. While we will make every effort to expedite service, no guarantees can be made.

• Limited Roof Leak Coverage is limited under this contract to a maximum of $1,000 in the aggregate.

• Limited Roof Leak Coverage is not renewable.

• Limited Roof Leak Coverage is not available for new construction.

SEPTIC TANK PUMPING

• One time pumping per contract if the stoppage is due to septic tank backup.

Not Covered Septic tanks, leach lines, cesspool, mechanical pump or systems, cost of locating or to gain access to the septic tank, cost of hook-ups, disposal of waste, chemical treatment of the septic tank and/or sewer lines.

LIMITS OF LIABILITY

1. Common areas and facilities of mobile home parks and condominiums are not covered. If dwelling is 5 units or more, common systems and appliances not located within the confines of each individual unit are excluded.

2. Repairs or replacements required as a result of missing parts, fire, flood, smoke, lightning, freeze, earthquake, theft, storms, accidents, mud, war, riots, vandalism, improper installation, acts of God, damage from pests, lack of capacity, or misuse are not covered by this contract.

3. The Company's liability is limited to failure of systems due to normal wear and tear. Cosmetic defects are not covered.

4. Company is not liable or responsible for consequential, incidental and/or secondary damage or loss resulting from the malfunction of any covered item, or a Service Contractor's delay or neglect in providing, or failing to provide, repair or replacement of a covered item, including, but not limited to, personal and/or property damage, food spoilage, additional living expenses, utility bills, loss of income.

5. Solar systems and components including holding tanks are not covered. Electronic, computerized, pneumatic and manual system management and zone controllers are not covered.

6. The Company will not be responsible for any corrections, repairs, replacements, upgrades, inspections or other additional costs to comply with federal, state or local laws, utility regulations, zoning or building codes. The Company will not be responsible to pay any costs relating to permits, haul away fees, construction, carpentry, relocation of equipment. The Company will not be responsible for alterations or modifications made necessary by existing equipment or installing different equipment except where noted in the Central Air Conditioning (Ducted) section of this contract. The Company will not alter structure to effect repair or replacement, nor refinish or replace cabinets, countertops, tile, paint, wall, or floor coverings, or the like.

7. The Company will not effect service involving hazardous or toxic materials, including asbestos or any other contaminants. The Company is not responsible for any claim arising out of any pathogenic organisms regardless of any event or cause that contributed in any sequence to damage or injury. Pathogenic organisms means any bacteria, yeasts, mildew, virus, fungi, mold, or their spores, mycotoxins or other metabolic products.

8. This contract covers only single family residential-use resale and new construction property, under 5,000 square feet, unless amended by the Company. Resale and new construction homes over 5,000 square feet, multiple units, mother-in-law units, guest houses, and other structures are covered if the appropriate fee is paid. This coverage is for owned or rented residential property, not for commercial property or premises converted into a business including but not limited to, nursing/care homes, fraternity/sorority houses or day care centers.

9. The Company will determine whether a covered system or appliance will be repaired or replaced. When replacing any appliance, the Company will not consider any failures that do not contribute to the appliance's primary function including, without limitation, TVs or radios in the kitchen refrigerator. The Company will replace with equipment of similar features, efficiency, and capacity but is not responsible for matching brand, dimensions, or color. The Company reserves the right to have a component or part rebuilt or to replace with a rebuilt component or part.

10. The Company reserves the right to require a second opinion at no additional charge to the customer.

11. The Company is not responsible for repairs arising from manufacturer's recall of covered items, manufacturer's defects or for items covered under an existing manufacturer's, distributor's or in-home warranty. The covered items must be domestic or commercial grade and specified by the manufacturer for residential use.

12. The Company is not responsible for repair or replacement of any system or appliance or component or part thereof that has previously, or is subsequently, determined to be defective by the Consumer Product Safety Commission or the manufacturer, and for which either entity has issued, or issues a warning or recall, or when a failure is caused by manufacturer's improper design, use of improper materials, formula, manufacturing process or manufacturing defect.

13. The Company will not perform routine maintenance. The contract holder is responsible for cleaning and routine maintenance as specified by the manufacturer of the equipment.

CUSTOMER SERVICE

1. Telephone service is available at all times. Call us to describe the problem. All calls including weekends and holidays are dispatched within 48 hours. During normal working hours your call will be dispatched within 4 hours of confirmation of coverage; additional efforts are made in emergency situations. The contractor will call you to schedule a mutually convenient appointment time. If you should request the Company to perform non-emergency service outside of normal business hours, you will be responsible for payment of additional fees, including overtime charges.

2. The customer pays the $55 service call fee for each separate trade call. Trade call means each visit by an approved contractor, unless multiple visits are required to remedy the same problem. The Company warrants its work for 30 days. If the item fails outside this time period, an additional service fee will be charged. Failure to pay the service call fee may delay processing of future claims.

3. Homeowner and Company may agree on cash in lieu of repair or replacement. Payment will be made based on Company's negotiated rates with its suppliers, which may be less than retail.

4. Sometimes there are problems and delays in securing parts or equipment. When the items are secured, they will be installed promptly without any further service charge.

5. At times it is necessary to open walls, ceilings or floors to make repairs. We will close the opening, at our cost, and return it to rough finish. This does not apply to Central Vacuum Coverage.

TRANSFER OF CONTRACT

If your covered property is sold during the term of this contract, you must notify First American of the change in ownership and must submit the name of the new owner by phoning 1-800-992-3400 in order to transfer coverage to the new owner.

CANCELLATION

A home service contract is noncancellable during the initial term for which it was issued, except for any of the following reasons: (i) Nonpayment of contract fees; (ii) The subscriber's fraud or misrepresentations of facts material to the issuance of the contract; (iii) The contract provides coverage prior to the time that an interest in residential property to which it attaches is sold and the sale of the residential property does not occur. If this contract is cancelled, the provider of funds shall be entitled to a pro rata refund of the paid contract fee for the unexpired term, less an administrative fee incurred by the Company.

CA 5/08 Ver JC/JD

**Exhibit A**
**Page 83**

08/00/2009  16:10:43 FAX 213625911    NATIONWIDE LEGAL                                1

COPY
CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 23 2009

John A Clarke, Executive Officer/Clerk
By _____, Deputy
A.E. LaFLEUR-CLAYTON

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Edward D. Chapin, Esq.   (SBN: 053287)
Douglas J. Brown, Esq.   (SBN: 248673)
CHAPIN WHEELER LLP
550 WEST C STREET, SUITE 2000
SAN DIEGO, CA 92101
TELEPHONE NO.: (619) 241-4810    FAX NO: (619) 955-5318
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: 111 N. HILL STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90017
BRANCH NAME: CENTRAL DISTRICT

CASE NAME: Nancy Carrera v. First American Home Buyers Protection Company

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: BC 422388 |
|---|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive

4. Number of causes of action *(specify):*

5. This case ☒ is ☐ is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 23, 2009

Douglas J. Brown, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

*Legal Solutions Plus*

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

**Exhibit A**
**Page 84**

09/06/2009  16:10:43 FAX 2136259111      NATIONWIDE LEGAL

COPY

| SHORT TITLE: Carrera v. First American Home Buyers Protection Co. | CASE NUMBER: BC422388 |

### CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☑ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 20   ☐ HOURS/ ☑ DAYS

Item II. Select the correct district and courthouse location (4 steps — If you checked "Limited Case", skip to Item III, Pg. 4):

Step 1: After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

Step 2: Check one Superior Court type of action in Column B below which best describes the nature of this case.

Step 3: In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

By FAX

**Applicable Reasons for Choosing Courthouse Location (see Column C below)**

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

Step 4: Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev 01/07)
LASC Approved 03-04

### CIVIL CASE COVER SHEET ADDENDUM
### AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 1 of 4

09/00/2009   16:10:43 FAX 2130259111      NATIONWIDE LEGAL                                    2

| SHORT TITLE | | CASE NUMBER |
|---|---|---|
| Carrera v. First American Home Buyers Protection Co. | | |

| A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | | |
| Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | ☐ A6032  Quiet Title | 2., 6. |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

00/00/2009   16:10:43 FAX 2136259111          NATIONWIDE LEGAL          3

| SHORT TITLE | CASE NUMBER |
|---|---|
| Carrera v. First American Home Buyers Protection Co. | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br><br>(02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br><br>(20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br><br>(42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br><br>(43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC, rule 2.0<br>Page 3 of 4 |
|---|---|---|

**Exhibit A**
**Page 87**

00/00/2002   16:10:43 FAX 2136259111        NATIONWIDE LEGAL                    4

| SHORT TITLE: Carrera v. First American Home Buyers Protection Co. | CASE NUMBER |
|---|---|

Item III. *Statement of Location.* Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON  CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: 7832 Haskell Avenue |
|---|---|
| ☑1. ☐2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |

| CITY: Van Nuys | STATE: CA | ZIP CODE: 91406 | |
|---|---|---|---|

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the County _____ courthouse in the Central _____ District of the Los Angeles Superior Court  (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: September 23, 2009                                      _____
                                                              (SIGNATURE OF ATTORNEY/FILING PARTY)

| PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE: |
|---|

1.  Original Complaint or Petition.

2.  If filing a Complaint, a completed Summons form for issuance by the Clerk.

3.  Civil Case Cover Sheet form CM-010.

4.  Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.

5.  Payment in full of the filing fee, unless fees have been waived.

6.  Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7.  Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

| LACIV 109 (Rev. 01/07) LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | LASC, rule 2.0 Page 4 of 4 |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE **BC 422388**

Case Number _____

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 7.3(c)). There is additional information on the reverse side of this

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Elihu M. Berle | 1 | 534 | Hon. Holly E. Kendig | 42 | 416 |
| Hon. J. Stephen Czuleger | 3 | 224 | Hon. Mel Red Recana | 45 | 529 |
| Hon. Luis A. Lavin | 13 | 630 | Hon. Aurelio Munoz | 47 | 507 |
| Hon. Terry A. Green | 14 | 300 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Richard Fruin | 15 | 307 | Hon. Conrad Aragon | 49 | 509 |
| Hon. Rita Miller | 16 | 306 | Hon. John Shepard Wiley Jr. | 50 | 508 |
| Hon. Richard E. Rico | 17 | 309 | Hon. Abraham Khan | 51 | 511 |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Susan Bryant-Deason | 52 | 510 |
| Hon. Judith C. Chirlin | 19 | 311 | Hon. John P. Shook | 53 | 513 |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Zaven V. Sinanian | 23 | 315 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Jane L. Johnson | 56 | 514 |
| Hon. Mary Ann Murphy | 25 | 317 | Hon. Ralph W. Dau | 57 | 517 |
| Hon. James R. Dunn | 26 | 316 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Yvette M. Palazuelos | 28 | 318 | Hon. David L. Minning | 61 | 632 |
| Hon. John A. Kronstadt | 30 | 400 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Alan S. Rosenfield | 31 | 407 | Hon. Kenneth R. Freeman | 64 | 601 |
| Hon. Mary H. Strobel | 32 | 406 | Hon. Mark Mooney | 68 | 617 |
| Hon. Charles F. Palmer | 33 | 409 | Hon. Edward A. Ferns | 69 | 621 |
| Hon. Amy D. Hogue | 34 | 408 | Hon. Soussan G. Bruguera | 71 | 729 |
| Hon. Gregory Alarcon | 36 | 410 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Joanne O'Donnell | 37 | 413 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. William F. Fahey | 78 | 730 |
| Hon. Michael C. Solner | 39 | 415 | **Hon. Carl J. West*** | **311** | **CCW** |
| Pending Assignment | 40 | 414 | Other | | |
| Hon. Ronald M. Sohigian | 41 | 417 | | | |

***Class Actions**
All class actions are initially assigned to Judge Carl J. West in Department 311 of the Central Civil West Courthouse (600 S. Commonwealth Ave., Los Angeles 90005). This assignment is for the purpose of assessing whether or not the case is complex within the meaning of California Rules of Court, rule 3.400. Depending on the outcome of that assessment, the class action case may be reassigned to one of the judges of the Complex Litigation Program or reassigned randomly to a court in the Central District.

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk
By _____, Deputy Clerk

LACIV CCH 190 (Rev. 04-09)
LASC Approved 05-06

**NOTICE OF CASE ASSIGNMENT –
UNLIMITED CIVIL CASE**

Page 1 o

**Exhibit A
Page 89**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the Chapter Seven Rules, as applicable in the Central District, are summarized for your assistance.

### APPLICATION

The Chapter Seven Rules were effective January 1, 1994.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES

The Chapter Seven Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS

Cases assigned to the Individual Calendaring Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days of filing.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

A Status Conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE

The Court will require the parties at a status conference not more than 10 days before the trial to have timely filed and served all motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested jury instructions, and special jury instructions and special jury verdicts.  These matters may be heard and resolved at this conference.  At least 5 days before this conference, counsel must also have exchanged lists of exhibits and witnesses and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Eight of the Los Angeles Superior Court Rules.

### SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Seven Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Seven Rules.  Such sanctions may be on a party or if appropriate on counsel for the party.

**This is not a complete delineation of the Chapter Seven Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is absolutely imperative.**

**Exhibit A
Page 90**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE
[CRC 3.221 Information about Alternative Dispute Resolution]
For additional ADR information and forms visit the Court ADR web application at **www.lasuperiorcourt.org** (click on ADR).

The plaintiff shall serve a copy of this Information Package on each defendant along with the complaint (**Civil only**).

**What Is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court.  ADR processes, such as arbitration, mediation, neutral evaluation (NE), and settlement conferences, are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR.  All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

> **Cases for Which Mediation May Be Appropriate**
> Mediation may be particularly useful when parties have a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.
>
> **Cases for Which Mediation May <u>Not</u> Be Appropriate**
> Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

> **Cases for Which Arbitration May Be Appropriate**
> Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.
>
> **Cases for Which Arbitration May <u>Not</u> Be Appropriate**
> If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

> **Cases for Which Neutral Evaluation May Be Appropriate**
> Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.
>
> **Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate**
> Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences:**
Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

LAADR 005 (Rev. 05/09)
LASC Approved 10-03

**Exhibit A**
**Page 91**

## LOS ANGELES SUPERIOR COURT ADR PROGRAMS

CIVIL:
- **Civil Action Mediation** (Governed by Code of Civil Procedure (CCP) sections 1775-1775.15, California Rules of Court, rules 3.850-3.868 and 3.870-3.878, Evidence Code sections 1115-1128, and Los Angeles Superior Court Rules, chapter 12.)
- **Retired Judge Settlement Conference**
- **Neutral Evaluation** (Governed by Los Angeles Superior Court Rules, chapter 12.)
- **Judicial Arbitration** (Governed by Code of Civil Procedure sections 1141.10-1141.31, California Rules of Court, rules 3.810-3.830, and Los Angeles Superior Court Rules, chapter 12.)
- **Eminent Domain Mediation** (Governed by Code of Civil Procedure section 1250.420.)
- **Civil Harassment Mediation**
- **Small Claims Mediation**

FAMILY LAW (non-custody):
- **Mediation**
- **Forensic Certified Public Accountant (CPA) Settlement Conference**
- **Settlement Conference**
- **Nonbinding Arbitration** (Governed by Family Code section 2554.)

PROBATE:
- **Mediation**
- **Settlement Conference**

### NEUTRAL SELECTION

Parties may select a mediator, neutral evaluator, or arbitrator from the Court Party Select Panel or may hire someone privately, at their discretion. If the parties utilize the Random Select Mediation or Arbitration Panel, the parties will be assigned on a random basis the name of one neutral who meets the case criteria entered on the court's website.

### COURT ADR PANELS

**Party Select Panel**  The Party Select Panel consists of mediators, neutral evaluators, and arbitrators who have achieved a specified level of experience in court-connected cases. The parties (collectively) may be charged $150.00 per hour for the first three hours of hearing time. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing.

**Random Select Panel**  The Random Select Panel consists of trained mediators, neutral evaluators, and arbitrators who have not yet gained the experience to qualify for the Party Select Panel, as well as experienced neutrals who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that all Random Select Panel volunteer mediators, neutral evaluators, and arbitrators provide three hours hearing time per case. Thereafter, the parties may be charged for additional hearing time on an hourly basis at rates established by the neutral if the parties consent in writing.

**Private Neutral**  The market rate for private neutrals can range from $300-$1,000 per hour.

### ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| COURTHOUSE | ADDRESS | ROOM | CITY | TELEPHONE | FAX |
|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | None | Lancaster, CA 93534 | (661)974-7275 | (661)974-7060 |
| Chatsworth | 9425 Penfield Ave. | 1200 | Chatsworth, CA 91311 | (818)576-8565 | (818)576-8687 |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | (310)603-3072 | (310)223-0337 |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | (818)500-3160 | (818)548-5470 |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | (562)491-6272 | (562)437-3802 |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650 | (562)807-7243 | (562)462-9019 |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | (626)356-5685 | (626)666-1774 |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | (909)620-3183 | (909)629-6283 |
| San Pedro | 505 S. Centre | 209 | San Pedro, CA 90731 | (310)519-6151 | (310)514-0314 |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | (310)260-1829 | (310)319-6130 |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | (213)974-5425 | (213)633-5115 |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | (310)222-1701 | (310)782-7326 |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | (818)374-2337 | (818)902-2440 |

Partially Funded by the Los Angeles County Dispute Resolution Program
A complete list of the County Dispute Resolution Programs is available online and upon request in the Clerk's Office

LAADR 005 (Rev. 05/09)
LASC Approved 10-03